Marsha Houston (CA SBN 129956)
Christopher O. Rivas (CA SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8000
Facsimile: (213) 457-8080
Email: mhouston@reedsmith.com;
crivas@reedsmith.com

Attorneys for Siemens Medical Solutions USA, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DOWNEY REGIONAL MEDICAL CENTER-HOSPITAL INC.,<br><br>Debtor. | Case No. 2:09-bk-34714-BB<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>[*No hearing required*]<br><br>Honorable Sheri Bluebond |

**TO THE CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that **Claudia Springer, Marsha Houston** and **Christopher Rivas** of the law firm of **Reed Smith LLP**, file this Notice of Appearance and Request for Special Notice as counsel for **Siemens Medical Solutions USA, Inc.** ("Siemens") in the above-referenced matter and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, respectfully request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned attorneys at the following addresses:

> Marsha Houston
> Christopher Rivas
> REED SMITH LLP
> 355 South Grand Avenue, Suite 2900
> Los Angeles, CA 90071
> Telephone: (213) 457-8000
> Facsimile: (213) 457-8080
> Email: mhouston@reedsmith.com;
> crivas@reedsmith.com

> Claudia Z. Springer
> REED SMITH LLP
> 2500 One Liberty Place
> 1650 Market Street
> Philadelphia, PA 19103
> Telephone: (215) 241-7946
> Facsimile: (215) 851-1420
> Email: cspringer@reedsmith.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure; and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, settlement, pleading or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telefax or otherwise; and further includes, without limitation, any Disclosure Statement, Plan, Motion for Confirmation or Order of Confirmation.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance, nor any later appearance, pleading, proof of claim, or suit, shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved without exception and without conceding jurisdiction in any way by this filing or by any other participation in the is case.

PLEASE TAKE FURTHER NOTICE that the foregoing request does not grant authority to the undersigned to be its agent for service of process with respect to any adversary proceeding in the case. Siemens expressly states that the undersigned has no authority to accept service of process of any adversary proceeding in this case under, *inter alia*, Bankruptcy Rule 7004(b)(8) and that any summons or complaint must be served directly upon Siemens.

DATED: September 16, 2009.

        REED SMITH LLP

By   /s/ Christopher O. Rivas
    Marsha A. Houston
    Christopher O. Rivas
    355 South Grand Avenue
    Los Angeles, CA 90071
    Telephone: (213) 457-8000
    Facsimile: (213) 457-8080

*Attorneys for Siemens Medical Solutions USA, Inc.*

| In re: DOWNEY REGIONAL MEDICAL CENTER HOSPITAL INC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-34714-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 16, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    Martin J Brill    mjb@lnbrb.com
    Richard W Brunette    rbrunette@sheppardmullin.com
    Russell Clementson    russell.clementson@usdoj.gov
    Jeffry A Davis    jadavis@mintz.com
    Lisa Hill Fenning    Lisa_Fenning@aporter.com, courtalert@dl.com
    Raffi Khatchadourian    raffi@hemar-rousso.com
    William H. Kiekhofer    wkiekhofer@mcguirewoods.com
    Daniel H Reiss    dhr@lnbrb.com
    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/16/09 | Cary Tobaben | /s/ Cary Tobaben |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009           **F 9013-3.1**