Lynn E. Iba  [CA Bar No. 112636]
lynn.iba@tenethealth.com
Senior Counsel
Tenet Healthcare
1500 South Douglass Road
Anaheim, California 92806
Telephone: 714.704.6362
Telecopy: 714.704.6381

Attorneys for Tenet Healthcare Corporation

FILED
SEP 16 2009
CLERK U S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DOWNEY REGIONAL MEDICAL CENTER-HOSPITAL, INC.,<br>a California non-profit, public benefit corporation,<br><br>Debtor. | Case No. 2:09-bk-34714<br><br>**REQUEST FOR SPECIAL NOTICE**<br><br>**CHAPTER 11 CASE**<br><br>[No Hearing Required] |

PLEASE TAKE NOTICE that pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007, Tenet Healthcare Corporation, a creditor of the Debtor, respectfully requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this case, be transmitted to:

    Lynn E. Iba  [CA Bar No. 112636]
    lynn.iba@tenethealth.com
    Senior Counsel
    Tenet Healthcare
    1500 South Douglass Road
    Anaheim, California 92806
    Telephone: 714.704.6362
    Telecopy: 714.704.6381

REQUEST FOR SPECIAL NOTICE

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of interested parties, including (a) the above-captioned Debtor, (b) property of the Debtor or the Debtor's estate, or proceeds thereof, (c) claims against or interests in the Debtor, (d) other rights or interests of creditors of the Debtor or other parties in interest in this case or (e) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by any other party in interest.

Dated: September 16, 2009         TENET HEALTHCARE CORPORATION

By: _____
Lynn E. Iba

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1500 South Douglass Road, Anaheim, California 92806.

On the date set forth below, I served the foregoing document described as:

**REQUEST FOR SPECIAL NOTICE**

on the interested parties in this action by placing a true copy thereof in a sealed envelope as follows:

**See attached Service List**

[X] **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is (are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Anaheim, California on September 16, 2009. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on September 16, 2009, at Anaheim, California.

*Claudia Nava*

Claudia Nava

## SERVICE LIST

In re DOWNEY REGIONAL MEDICAL CENTER-HOSPITAL, INC.

USBC Case No. 2:09-bk-34714

### DEBTOR

Downey Regional Medical Center-Hospital, Inc.
11500 Brookshire Avenue
Downey, CA 90241

### DEBTOR'S COUNSEL

Lisa Hill Fenning
Harry E. Garner
Arnold & Porter LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844

### OFFICE OF THE UNITED STATES TRUSTEE

Office of the United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017