|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re<br><br>DOWNEY REGIONAL MEDICAL CENTER-HOSPITAL, INC.,<br>a California non-profit, public benefit corporation,<br><br>Debtor(s) | Case Number: 2:09-bk-34714-BB |
| | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.....................................$800,000 retainer plus postpetition fees and expenses approved by the Bankruptcy Court

   Prior to the filing of this statement I have received...........................$341,971.49 drawn against prepetition retainer for prepetition fees and expenses

   Balance Due...................................................................................$0.00

2. The source of the compensation paid to me was:

   ☒ Debtor        ☐ Other *(specify)*

3. The source of compensation to be paid to me is:

   ☒ Debtor (funding from postpetition financing approved by Bankruptcy Court)        ☐ Other *(specify)*

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   ☒ a. Analysis of Debtor's financial situation, and rendering advice to Debtor in determining whether to file a petition in bankruptcy;

   ☒ b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   ☒ c. Representation of Debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   ☒ d. Representation of Debtor in adversary proceedings and other contested bankruptcy matters;

   ☒ e. Advising Debtor on the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and the requirements of the United States Trustee pertaining to the administration of Debtor's estate.

   ☒ f. Preparing motions, applications, answers, orders, memoranda, reports, and papers, etc. in connection with the administration of Debtor's estate.

   ☒ g. Rendering such other advice and services as Debtor may require in connection with the case.

☒ h. General corporate advice in connection with the debtor-in-possession financing, exit financing, corporate restructuring, mergers and acquisitions, non-profit status issues, and healthcare regulations and related issues.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
N/A.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

September 29, 2009
*Date*

*[signature]*
Lisa Hill Fenning
*Signature of Attorney*

Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone:  213.243.4000
Facsimile:  213.243.4199
*Name of Law Firm*

| In re: DOWNEY REGIONAL MEDICAL CENTER-HOSPITAL, INC. Debtor(s). | CHAPTER 11 CASE NUMBER 2:09-bk-34714-BB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 29, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 29, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 29, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
United States Bankruptcy Court, Central District of California
255 E. Temple St., Ctrm 1475
Los Angeles, CA  90017

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Date  September 29, 2009_       Type Name:  Jean Kellett        _Signature_

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                          **F 9013-3.1**

| In re:                                              | CHAPTER 11                      |
|-----------------------------------------------------|---------------------------------|
| DOWNEY REGIONAL MEDICAL CENTER-HOSPITAL, INC.       |                                 |
|                                          Debtor(s). | CASE NUMBER 2:09-bk-34714-BB    |

**ADDITIONAL SERVICE INFORMATION (if needed)**

<u>Via Court NEF</u>

Mark Bradshaw on behalf of Creditor Prime Healthcare Management, Inc.
mbradshaw@shbllp.com

Martin J Brill on behalf of Interested Party Martin Brill
mjb@lnbrb.com

Richard W Brunette on behalf of Interested Party Courtesy NEF
rbrunette@sheppardmullin.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Dawn M Coulson on behalf of Interested Party Courtesy NEF
dcoulson@eyclaw.com

Jeffry A Davis on behalf of Attorney Charles Azano
jadavis@mintz.com

Mark D Houle on behalf of Creditor Health Net, Inc.
mark.houle@pillsburylaw.com

Raffi Khatchadourian on behalf of Interested Party Courtesy NEF
raffi@hemar-rousso.com

William H. Kiekhofer on behalf of Interested Party Courtesy NEF
wkiekhofer@mcguirewoods.com

Randy P Orlik on behalf of Creditor Bank of the West
rorlik@coxcastle.com

Daniel H Reiss on behalf of Interested Party Daniel Reiss
dhr@lnbrb.com

Christopher O Rivas on behalf of Creditor Siemens Medical Solutions USA, Inc.
crivas@reedsmith.com

Nathan A Schultz on behalf of Creditor Cardinal Health 411, Inc.
schultzn@gtlaw.com

Steven J Schwartz on behalf of Interested Party Courtesy NEF
sschwartz@dgdk.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                         **F 9013-3.1**

**In re Downey Regional Medical Center-Hospital, Inc.**
**Case No. 2:09-bk-34714-BB**
**2002 Service List**

| **Creditors Holding 20 Largest Unsecured Claims** | **Creditors Holding 20 Largest Unsecured Claims** |
|---|---|
| Alliance Phys Medical Group<br>Gil Render MD<br>4909 Lakewood Blvd., Suite 200<br>Lakewood, CA 90712 | Pioneer Medical Group<br>John Kirk<br>17777 Center Court Drive<br>Cerritos, CA 90703 |
| AppleCare Medical Group<br>Anne Keltner<br>Suite 280<br>PO Box 6014<br>Artesia, CA 90702 | Prime Healthcare Management<br>Attn Michael J Sarrao<br>5451 Walnut Avenue<br>Chino, CA 91710 |
| Biomet Orthopedics<br>Jeffrey R. Binder, CEO<br>75 Remittance Drive, Suite 3283<br>Chicago, IL 60675-3283 | Siemens Medical Solutions USA, Inc.<br>Scott Gordon<br>51 Valley Stream Parkway<br>Malvern, PA 19355 |
| Cardinal Health Pharmacy<br>Jeffery W. Henderson, CFO<br>File # 56412<br>Los Angeles, CA 90074 | St. Francis Medical Center<br>Jerry Kozai<br>3630 E. Imperial Hwy<br>Lynwood, CA 90262-2636 |
| Cymetrix Corporation<br>Jason Yardley<br>2875 Michelle Drive, Suite 250<br>Irvine, CA 92606 | St. Jude Medical S C Inc.<br>John C. Heinmiller, CFO<br>807 Las Cimas Pkwy, Suite 400<br>Austin, TX 78746 |
| Healthnet<br>Linda V. Tiano, Esq.<br>File # 56527<br>Los Angeles, CA 90074 | Stephen Wen & Associates Architects<br>Stephen Wen<br>48 East Holly Street<br>Pasadena, CA 91103 |
| Medtronic USA Inc.<br>Gary L. Ellis, CFO<br>4642 Collections Center Drive<br>Chicago, IL 60693 | Stryker Medical<br>Curt R. Hartman, VP, CFO<br>3800 E. Centre Ave.<br>Portage, MI 49002 |
| Pioneer Laboratories, Inc.<br>Dept 77190<br>Detroit, MI 48277-0190 | Tenet Health Care<br>Biggs C. Porter, CFO<br>13737 Noel Drive<br>Dallas, TX 75240 |

| **Creditors Holding 20 Largest Unsecured Claims** | **Indenture Trustee for Secured Bonds** |
|---|---|
| The Oncology Institute<br>Richy Agajanian, M.D.<br>101 E. Beverly Blvd. #200<br>Montebello, CA 90640 | Counsel For Wells Fargo, National Association, Secured Creditor<br>William W. Kannel<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02011 |
| UCI Medical Center<br>Ralph V. Clayman, MD<br>101 City Drive South<br>Orange, CA 92868 | Wells Fargo Corporate Trust Services<br>Attn: Gavin Wilkinson<br>625 Marquette Avenue<br>MAC N9311-115<br>Minneapolis, MN 55479 |
| United Pacificare<br>Rose Anne Dies<br>5757 Plaza Dr.<br>MS CA124-0116<br>Cypress, CA 90630 | **Proposed DIP Lender**<br>Counsel for Healthcare Finance Group, Proposed DIP Lender<br>William Kiekhofer<br>Jodie M. Grotins<br>McGuireWoods<br>1800 Century Park East, 8th Fl.<br>Los Angeles, CA 90067 |
| Webmedx Inc.<br>Lance Fusacchia, CFO<br>5901 Peachtree Dunwoody Rd NE, Ste. C450<br>Atlanta, GA 30328-5382 | Healthcare Finance Group<br>Robert D. Lynch<br>199 Water Street, 20th Floor<br>New York, New York 10038 |
| **Debtor**<br>Downey Regional Medical Center<br>11500 Brookshire Avenue<br>Downey, CA 90241-7010 | **Secured Creditor**<br>Apollo Health Street Inc<br>2 Broad Street<br>Bloomfield, NJ 07003 |
| **Debtor's Counsel**<br>Counsel for Downey Regional Medical Center<br>Lisa Hill Fenning<br>Arnold & Porter LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844 | Counsel for Apollo Health Street, Inc.<br>Philip Kraft<br>Law Office of Mark J. Skapik, APC<br>250 West First Street, Suite 330<br>Claremont, CA 91711 |
| **UST**<br>United States Trustee<br>725 South Figueroa Street<br>26th Floor<br>Los Angeles, CA 90017 | **Lienholders of Record**<br>Alaris Medical System, Inc.<br>10221 Wateridge CR<br>San Diego, CA 92121 |
| **Indenture Trustee for Secured Bonds**<br>California Health Facilities Financing Authority<br>915 Capitol Mall<br>Suite 590<br>Sacramento, CA 95814 | Bank of the West<br>201 North Civic Drive<br>Suite 360 B<br>Walnut Creek, CA 94596 |

| **Lienholders of Record** | **Lienholders of Record** |
|---|---|
| Bank of the West<br>9001 East Whittier Boulevard<br>Pico Rivera, CA 90660 | Dade Behring Financial Services<br>10 Riverview Drive<br>Danbury, CT 06810 |
| Baxter Healthcare Corporation<br>One Baxter Parkway<br>Deefield, IL 60015 | E.I. Du De Nemours & Co<br>1007 Market Street<br>Wilmington, DE 19801 |
| Cadwell Laboratories, Inc.<br>909 North Kellogg Street<br>Kennewick, WA 99336 | E.I. Du De Nemours & Co<br>Barley Mill Plaza #24-2224<br>Wilmington, DE 19807 |
| Cerner Corp<br>2800 Rockcreek Parkway<br>Kansas City, MO 64117-2521 | E.I. Dupont De Nemours & CO<br>Dupont GlassGow Business<br>Building 500 Mailbox 540<br>Newar, DE 19714-6101 |
| Cisco Systems Capital Corporation<br>170 West Tasman Drive<br>MS SJ13-3<br>San Jose, CA 95134 | Employment Development Department<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 |
| Cobe Cardiocascular, Inc.<br>1185 Oak Street<br>Lakewood, CO 80215-4407 | First Bank of Highland Park<br>1835 First Street<br>Highland Park, IL 60035 |
| Computer Sales International, Inc.<br>10845 Olive Boulevard<br>Suite 300<br>St. Louis, MO 63141 | First Interstate BK of Calif Trustee<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017 |
| Computer Sales International, Inc.<br>9990 Old Olive Street Road<br>St. Louis, MO 63141 | Graybar Financial Services<br>201 West Big Beaver Road<br>Troy, MI 48084 |

| | |
|---|---|
| **Lienholders of Record**<br>Johnson & Johnson Finance Corporation<br>501 George Street<br>New Brunswick, NJ 08901 | **Lienholders of Record**<br>The BK of Tokyo, Ltd.<br>640 West Sixth Street<br>Los Angeles, CA 90017 |
| Lanier Worldwide, Inc.<br>4667 North Royal Atlanta Drive<br>Tucker, GA 30084-3802 | U.S. Bank National Association<br>400 City Center<br>Oshkosh, WI 54901 |
| Leasing Associates of Barrington, Inc.<br>33 West Higgins Road<br>Suite 1030<br>South Barrington, IL 60010 | United California Bank<br>9001 East Whittier Boulevard<br>Pico Rivera, CA 90660 |
| Olympus Corp<br>4 Nevada Drive<br>Lake Success, NY 11042-1114 | **Other Interested Parties**<br>California Department of Public Health<br>Health Facilities Inspection Division<br>Branch Chief: James L. Lawson. Ph.D., RN<br>12440 East Imperial Highway, Suite 522<br>Norwalk, CA 90650 |
| Philips Medical Capital LLC<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | California Department of Public Health<br>Licensing and Certification<br>County of Los Angeles District Office<br>12440 East Imperial Highway, Suite 200<br>Norwalk, CA 90650 |
| Sanwa Bank<br>Attn: Rick Lopez, VP<br>Pico Rivera Office<br>9001 East Whittier Blvd<br>Pico Riveria, CA 90660 | Centers for Medicare & Medicaid Services<br>7500 Security Boulevard<br>Baltimore MD 21244-1850 |
| Sovereign Bank<br>3 Huntington Quadrangle<br>Suite 101N<br>Melville, NY 11747 | Franchise Tax Board<br>Attention: Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Terumo Caediovascular System<br>6200 Jackson Road<br>Ann Arbor, MI 48103 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |

| | |
|---|---|
| **Other Interested Parties**<br>Los Angeles County Tax Assessor<br>500 W. Temple St. Room 225<br>Los Angeles, CA 90012-2770 | **Counsel for Siemens Medical Solutions, USA**<br>Reed Smith LLP<br>Marsha Houston, Christopher Rivas<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA  90071 |
| Office of the Attorney General<br>State of California<br>Registry of Charitable Trusts<br>1300 I Street, Suite 125<br>Sacramento, CA  95814-2951 | **Counsel for Tenet Healthcare Corporation**<br>Tenet Health Care<br>Lynn E Iba<br>1500 South Douglass Road<br>Anaheim, CA  92806 |
| State of California - Health and Human Services Agency<br>Medi-Cal<br>Department of Health Care Services<br>1501 Capital Avenue<br>Sacramento, CA 95814-5005 | |
| **Request for Special Notice Parties**<br>Counsel for Applecare Medical Group<br>Eric Klein<br>Sheppard Mullin Richter & Hampton LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067 | |
| Counsel to United PacificCare<br>Karl Block<br>Loeb & Loeb<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles, CA  90067 | |
| **Counsel for Blue Cross**<br>Creim Macias Koenig & Frey LLP<br>Stuart I. Koenig<br>633 West 5th Street<br>51st Floor<br>Los Angeles, CA 90071 | |
| **Counsel for Prime Healthcare Management, Inc.**<br>Shulman Hodges & Bastian LLP<br>Mark Bradshaw<br>26632 Towney Centre Dr., Suite 300<br>Foothill Ranch, CA  92610-2808 | |
| **Counsel for Siemens Medical Solutions, USA**<br>Reed Smith LLP<br>Claudia Springer<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA  19103 | |