1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT
   ASSISTANT UNITED STATES TRUSTEE
3  RUSSELL CLEMENTSON SBN 143284
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   725 South Figueroa Street, Suite 2600
5  Los Angeles, California 90017
   Telephone: (213) 894-4505; Facsimile: (213) 894-2603
6  russell.clementson@usdoj.gov

7                 UNITED STATES BANKRUPTCY COURT

8                  CENTRAL DISTRICT OF CALIFORNIA

9                     LOS ANGELES DIVISION

10

11                                    )  Chapter 11
                                      )  Case No. 2:09-bk-34714-BB
12  In re:                            )
                                      )
13  DOWNEY REGIONAL MEDICAL           )  AMENDED APPOINTMENT AND
    CENTER-HOSPITAL, INC., a California )  NOTICE OF APPOINTMENT OF
14  non-profit public benefit corporation, )  COMMITTEE OF CREDITORS HOLDING
                                      )  UNSECURED
15                                    )  CLAIMS
                                      )
16                                    )
                                      )  (No Hearing Required)
17              Debtor.               )
                                      )
18  _____ )

19      Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following

20  new creditors to serve on the Committee of Creditors holding unsecured claims effective

21  September 25, 2009:

22  **ADD:**

23  Siemens Medical Solutions USA, Inc.
24  c/o John J. Schwab, Senior Counsel
    51 Valley Stream Parkway, T06
25  Malvern, PA 19355
    Telephone: (610) 219-3615
26  E-mail: john.j.schwab@siemens.com

27  ///

28

1  Tenet Healthcare
   c/o Lynn E. Iba, Senior Counsel
2  1500 S. Douglas Road
   Anaheim, CA 92806
3  Telephone: (714) 704-6362
   E-Mail: lynn.iba@tenethealth.com

4
       The Official Committee of Unsecured Creditors will now consist of the following seven
5
   Creditors:
6
                           SEE EXHIBIT A ATTACHED
7

8

9  Dated: _10/5/09_                    PETER C. ANDERSON
                                       UNITED STATES TRUSTEE
10

11                                     By: _____
                                          Jill M. Sturtevant
12                                        Assistant United States Trustee

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                     -2-

1    EXHIBIT A

2    In re: DOWNEY REGIONAL MEDICAL CENTER-HOSPITAL INC.; 2:09-bk-34714 BB

3    Alliance Physicians Medical Group, Inc.
     c/o Gil Bender, M.D.,
4    4909 Lakewood Blvd., Suite 200
     Lakewood, CA 90712
5    Telephone: (562) 220-1011
     E-mail: gilbender@aol.com
6
     Cardinal Health
7    c/o Denene Byrd, Manger, Credit Underwriting
     7000 Cardinal Place
8    Dublin, OH 43017
     Telephone: (614) 553-3252
9    E-mail: denene.bryd@cardinalhealth.com

10   The Onocology Institute of Hope & Innovation
     c/o Hilda H. Agajanian, MBA, Administrator
11   11450 Brookshire Avenue, #309
     Downey, CA 90241
12   Telephone: (562) 869-1201
     E-mail: hagajanian@theoncologyinstitute.com
13
     PacifiCare of California
14   c/o Karl Block, Esq.
     10100 Santa Monica Blvd., Suite 2200
15   Los Angeles, CA 90067
     Telephone: (310) 282-2225
16   E-mail: kblock@loeb.com

17   Pioneer Surgical Technology
     c/o Daniel Webber, Chief Financial Officer
18   375 River Park Circle
     Marquette, MI 49855-1781
19   Telephone: (906) 225-5804 or (616) 822-0425
     E-mail: danielwebber@pioneersurgical.com
20
     Siemens Medical Solutions USA, Inc.
21   c/o John J. Schwab, Senior Counsel
     51 Valley Stream Parkway, T06
22   Malvern, PA 19355
     Telephone: (610) 219-3615
23   E-mail: john.j.schwab@siemens.com

24   Tenet Healthcare
     c/o Lynn E. Iba, Senior Counsel
25   1500 S. Douglas Road
     Anaheim, CA 92806
26   Telephone: (714) 704-6362
     E-Mail: lynn.iba@tenethealth.com
27

28

-3-

| In re: Downey Regional Medical Center –Hospital, Inc. | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:09-bk-34714 BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017

A true and correct copy of the foregoing document described <u>AMENDED APPOINTMENT AND NOTICE OF APPOINTMENT OF</u> <u>COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 05, 2009_____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___October 05, 2009_____I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____October 05, 2009_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed. **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instruction to deliver the copy to the chamber bin outside Suite 1482 for the Honorable Sheri Bluebond.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 05, 2009 | STEPHANIE HILL | *Stephanie Hill* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re: Downey Regional Medical Center –Hospital, Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-34714 BB |

## ADDITIONAL SERVICE INFORMATION

### TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

**Charles W. Azano** - cwazano@mintz.com
**Jeffry A Davis** - jadavis@mintz.com
**Randy P Orlik** - rorlik@coxcastle.com
**Martin J Brill** - mjb@lnbrb.com
**Nathan A Schultz** - schultzn@gtlaw.com
**Mark Bradshaw** - mbradshaw@shbllp.com
**Richard W Brunette** - rbrunette@sheppardmullin.com
**Raffi Khatchadourian** - raffi@hemar-rousso.com
**William H. Kiekhofer, III** - wkiekhofer@mcguirewoods.com
**Steven J Schwartz** - sschwartz@dgdk.com
**Lisa Hill Fenning** - Lisa.Fenning@aporter.com or jean.kellett@aporter.com
**Mark D Houle** - mark.houle@pillsburylaw.com
**William W. Kannel** - bkannel@mintz.com
**Daniel H Reiss** - dhr@lnbrb.com
**Christopher O Rivas** - crivas@reedsmith.com
**Russell Clementson** - russell.clementson@usdoj.gov
**United States Trustee (LA)** - ustpregion16.la.ecf@usdoj.gov
**Dawn M Coulson** - dcoulson@eyclaw.com
**Mitchell B Ludwig** - mbl@kpclegal.com


### SERVED BY U.S. MAIL OR OVERNIGHT MAIL

### DEBTOR:
**Downey Regional Medical Center-Hospital Inc**
11500 Brookshire Ave
Downey, CA 90241

### DEBTOR'S COUNSEL:
**Lisa Hill Fenning**
777 S Figueroa St, 44th FL
Los Angeles, CA 90071

### CREDITOR:
**Tenet Healthcare**
1500 S Douglass Rd
Anaheim, CA 92806

### COUNSEL TO TENET HEALTHCARE:
**Lynn E Iba**
1500 S Douglas Rd
Anaheim, CA 92806

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

| In re: Downey Regional Medical Center –Hospital, Inc. | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:09-bk-34714 BB |

## ADDITIONAL SERVICE INFORMATION

### COUNSEL TO EDMUND G. BROWN, JR.
**Wendi A Horwitz**
300 S Spring St Ste 1702
Los Angeles, CA 90013

### CREDITOR'S COMMITTEE:

Alliance Physicians Medical Group
c/o Gil Bender, Chairman
8500 Florence Avenue, Suite 200
Downey, CA 90240

Cardinal Health
c/o Denene Byrd, Manger-Credit Underwriting
7000 Cardinal Place
Dublin, OH 43017

The Onocology Institute
c/o Hilda H. Agajanian, Administrator
11450 Brookshire Avenue, #309
Downey, CA 80241

PacifiCare of California
c/o Karl Block, Counsel and Vice President
Rose Ann Dies, Network Management
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067

Pioneer Surgical Technology
c/o Daniel Webber, Chief Financial Officer
375 River Park Circle
Marquette, MI 49855-1781

Siemens Medical Solutions USA, Inc.
c/o John J. Schwab, Senior Counsel
51 Valley Stream Parkway, T06
Malvern, PA 19355

Tenet Healthcare
c/o Lynn E. Iba, Senior Counsel
1500 S. Douglas Road
Anaheim, CA 92806

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 **F 9013-3.1**