MARTIN J. BRILL (State Bar No. 53220)
DANIEL H. REISS (State Bar No. 150573)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: mjb@lnbrb.com, dhr@lnbrb.com, jpf@lnbrb.com

Proposed Counsel for the Official
Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re | Case No.: 2:09-bk-34714 BB |
|---|---|
| DOWNEY REGIONAL MEDICAL CENTER-HOSPITAL, INC., | Chapter 11 |
|         Debtor and Debtor in Possession. | APPLICATION TO EMPLOY FENIX MANAGEMENT LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; DECLARATION OF BRADLEY A. LANG IN SUPPORT THEREOF |
| | [NO HEARING REQUIRED UNLESS REQUESTED PER LOCAL BANKRUPTCY RULE 2104-1(b)(C)] |

The Official Committee of Unsecured Creditors (the "Committee") in the Chapter 11

bankruptcy case of Downey Regional Medical Center-Hospital, Inc. (the "Debtor") submits its

application (the "Application") to employ Fenix Management LLC as its financial advisor pursuant to 11 U.S.C. §§ 327, 330 and 1103, as follows:

1.    The Debtor commenced this chapter 11 case by filing a voluntary chapter 11 petition bankruptcy petition on September 14, 2009 (the "Petition Date").

2.    The Committee was appointed by the Office of the United States Trustee (the "OUST") at an organizational meeting held on September 25, 2009.

3.    After the organizational meeting, the Committee held its first meeting (the "Formation Meeting"). At the Formation Meeting, the Committee voted in favor of employing Fenix Management LLC ("Fenix") as its financial advisor.

4.    The Committee requires the services of financial advisors to carry out its duties in this chapter 11 case.

5.    By this Application, the Committee seeks to employ Fenix at the expense of the Debtor's bankruptcy estate, and to have its employment of Fenix be deemed effective as of September 25, 2009.

6.    The Committee requires the assistance of a financial advisor to render, among others, the following types of professional services:

a)    To review and offer guidance regarding financial information proffered by the Debtor or other parties that will bear on decisions of the Committee during the case, such as but not limited to financing matters, cash flow statements, reports of financial performance, business plans, and projections;

b)    To interview and offer guidance regarding the strengths and weaknesses of governance and management of the Debtor and its ability to develop and execute various business plans and strategies;

c) To develop alternative plans and strategies and assist the Committee in executing these alternative plans and strategies for financing, refinancing, strategy changes, governance, management, and other elements of the Debtor's business plan, if such a need arises;

d) To provide testimony regarding matters of interest to the Committee; and

e) To provide other such assistance as the Committee and its counsel deem necessary.

7. Fenix has professionals who specialize in matters of insolvency, reorganization, and bankruptcy matters, including substantial experience in healthcare, and are well-qualified to provide financial advisory services to the Committee. The Committee and Fenix expect Bradley A. Lang ("Lang") will be the primary person at Fenix working on the case. Attached hereto as Exhibit "A" is Lang's resume, which explains his background, experience, and specialties in business consulting services, healthcare, bankruptcy, and restructuring. As set forth in the declaration of Lang (the "Lang Declaration") attached hereto, Fenix's billing rates range from $150 to $500 per hour, and Lang's billing rate is $500 per hour.

8. Fenix is not requesting authority to receive a retainer for services to be rendered in this case. However, the Committee seeks authority to have Fenix compensated in the manner set forth in the Debtor's Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code [Docket entry no.95], which is currently pending before this Court for hearing on October 27, 2009, at 2:00 p.m. Furthermore, Fenix will seek reimbursement from the Debtor's estate for expenses incurred in its services for the Committee, including but not limited to, travel, transportation, lodging, meals, copies, faxes, express mail, messenger, and other incidentals incurred in the ordinary provision of services to clients.

1
2
3
4
5
6

9.     The Committee and Fenix expect that the primary staffing for this assignment will be Lang.    In addition, Fenix may utilize other staff members or subcontractors as may be required to complete the required tasks assigned to Fenix by the Committee.    Any and all staff members and subcontractors will be bound by the same confidentiality provisions and comply with the same billing process and rules as agreed to by Fenix.

7
8

10.     Fenix will provide monthly billing statements to the Committee, which will set forth the amount of fees incurred and expenses advanced by Fenix during the previous month.

9
10
11
12
13

11.     Fenix understands the provisions of 11 U.S.C. §§ 327, 328, 330 and 331, which require, among other things, Court approval of the Committee's employment of Fenix as a financial advisor and of all fees and reimbursement of expenses that Fenix will receive from the Debtor's estate.

14
15
16
17
18
19

12.     As set forth in the annexed Lang Declaration, other than as stated herein, to the best of Fenix's knowledge, Fenix does not hold or represent any interest adverse to the Committee, the creditors herein or the bankruptcy estate, and Fenix is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.    Section 101(14) states that a "disinterested person" is a person that

20

(A) is not a creditor, an equity security holder, or an insider;

21
22

(B) is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the debtor; and

23
24
25
26
27

(C) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

28

13.     Fenix is not a creditor, an equity security holder or an insider of the Debtor.

14.     Neither Fenix nor any of its employees are, or were, within two (2) years before the Petition Date, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

15.     Fenix is not and was not an investment banker for any outstanding security of the Debtor. Fenix has not been within three (3) years before the Petition Date an investment banker for a security of the Debtor, or a financial advisor for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

16.     As set forth in the annexed Lang Declaration, Fenix does not hold or represent any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason.

17.     Further, except as otherwise stated herein, Fenix has no prior connection with the Debtor, the bankruptcy estate, any insiders of the Debtor, any entities related to the Debtor, any creditors of the Debtor, or any other party in interest in this case, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee, or the Honorable Sheri Bluebond. Before founding  Fenix Management LLC, Mr. Lang participated in various consulting and management assignments involving health care businesses located in California with other firms. As such, Mr. Lang's prior assignments may include matters where the debtor and creditors of Downey were creditors (for example, Watts Health Foundation, Inc. Dba UHP Healthcare and MedPartners Provider Network, Inc.) and matters where Mr. Lang was designated as an expert witness, including matters involving PacifiCare. With the exception of minor work related to the reorganized Watts Health Foundation, Inc. (all creditor claims have been resolved), neither Fenix nor Mr. Lang are engaged in any current matters involving parties in this bankruptcy case.

18. The Committee believes that its employment of Fenix upon the terms and conditions set forth above is in the best interests of the Committee and the creditors of the Debtor's estate.

19. Fenix has not shared or agreed to share its compensation for advising the Committee with any other person or entity.

20. The Committee requests that the Court order that the fees of Fenix be allowed and paid in accordance with the Court's order on the Debtor's pending Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals Pursuant To Sections 331 and 105(a) of the Bankruptcy Code.

21. Attached hereto as Exhibit "B" is a true copy of the Notice of this Application in accordance with Local Bankruptcy Rule 2014-1(b)(2).

///

///

///

PRINTED ON

1  WHEREFORE, the Committee respectfully requests that the Court approve the

2  Committee's employment of Fenix as its financial advisor, effective as of September 25, 2009,

3

4  upon the terms and conditions set forth above.

5  Dated: October 9, 2009                    THE OFFICIAL COMMITTEE OF UNSECURED
                                              CREDITORS

6

7                                   By:_____
                                              KARL E. BLOCK, counsel for PacifiCare of
8                                             California and Chairperson of the Official
                                              Committee of Unsecured Creditors
9

10

11  PRESENTED BY:
    LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
12

13
    By:__/s/ Daniel H. Reiss_____
14        MARTIN J. BRILL
          DANIEL H. REISS
15        JOHN-PATRICK M. FRITZ
          LEVENE, NEALE, BENDER, RANKIN
16        & BRILL L.L.P.
          Proposed Counsel for the Official
17        Committee of Unsecured Creditors

18

19

20

21

22

23

24

25

26

27

28

## **DECLARATION OF BRADLEY A. LANG**

I, Bradley A. Lang, hereby declare as follows:

1. Except where otherwise indicated, the statements made herein are of my own personal knowledge, and if called upon to testify, I could and would competently testify to their truth.

2. I am the founder and a member of Fenix Management LLC, proposed financial advisor for the Official Committee of Unsecured Creditors in the above-captioned chapter 11 bankruptcy case (the "Bankruptcy Case").

3. I make this declaration in support of the Application to which this declaration is attached. Unless otherwise stated, all capitalized terms herein have the same meanings as in the Application.

4. The Debtor commenced this chapter 11 case by filing a voluntary chapter 11 petition bankruptcy petition on September 14, 2009 (the "Petition Date").

5. The Committee was appointed by the Office of the United States Trustee (the "OUST") at an organizational meeting held on September 25, 2009. After the organizational meeting, the Committee held its first meeting (the "Formation Meeting"). At the Formation Meeting, the Committee voted in favor of employing Fenix Management LLC as its financial advisor.

6. Fenix will provide, as a financial advisor, professional services to the Committee such as:

a) Reviewing and offering guidance regarding financial information proffered by the Debtor or other parties that will bear on decisions of the Committee during the case, such as but not limited to financing matters, cash flow statements, reports of financial performance, business plans, and projections;

PRINTED ON

b)     Interviewing and offering guidance regarding the strengths and weaknesses of governance and management of the Debtor and its ability to develop and execute various business plans and strategies;

c)     Developing alternative plans and strategies and assisting the Committee in executing these alternative plans and strategies for financing, refinancing, strategy changes, governance, management, and other elements of the Debtor's business plan, if such a need arises;

d)     Providing testimony regarding matters of interest to the Committee; and

e)     Providing other such assistance as the Committee and its counsel deem necessary.

7.     I specialize in matters of insolvency, reorganization, and bankruptcy matters, including substantial experience in healthcare, and am well-qualified to provide financial advisory services to the Committee. The Committee and Fenix expect that I will be the primary person at Fenix working on the case. Attached hereto as Exhibit "A" is my resume, which explains my background, experience, and specialties in business consulting services, healthcare, bankruptcy, and restructuring. Fenix's billing rates range from $150 to $500 per hour, and my billing rate is $500 per hour.

8.     Fenix is not requesting authority to receive a retainer for services to be rendered in this case. However, Fenix, through the Committee and its counsel, seeks to be compensated in the manner set forth in the Debtor's Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code [Docket entry no.95]. Fenix will seek reimbursement from the Debtor's estate for expenses incurred in its services for the Committee, including but not limited to, travel, transportation, lodging, meals, copies, faxes, express mail, messenger, and other incidentals incurred in the ordinary provision of services to clients.

PRINTED ON

9.     Although I will be the primary staffing person for this assignment, I may utilize other staff members or subcontractors as may be required to complete the tasks assigned to Fenix by the Committee. Any and all staff members and subcontractors will be bound by the same confidentiality provisions and comply with the same billing process and rules as agreed to by Fenix.

10.     Fenix will provide monthly billing statements to the Committee which will set forth the amount of fees incurred and expenses advanced by Fenix during the previous month.

11.     I understand that Fenix is subject to the provisions of 11 U.S.C. §§ 327, 328, 330 and 331, which require, among other things, Court approval of the Committee's employment of Fenix as a financial advisor and of all fees and reimbursement of expenses that Fenix will receive from the Debtor's estate.

12.     Other than as stated herein, to the best of my knowledge, Fenix does not hold or represent any interest adverse to the Committee, the creditors herein or the bankruptcy estate, and Fenix is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.

13.     Fenix is not a creditor, an equity security holder or an insider of the Debtor.

14.     Neither Fenix nor any of its employees are, or were, within two (2) years before the Petition Date, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

15.     Fenix is not and was not an investment banker for any outstanding security of the Debtor. Fenix has not been within three (3) years before the Petition Date an investment banker for a security of the Debtor, or a financial advisor for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

16. Fenix does not hold or represent any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason.

17. Further, except as otherwise stated herein, Fenix has no prior connection with the Debtor, the bankruptcy estate, any insiders of the Debtor, any entities related to the Debtor, any creditors of the Debtor, or any other party in interest in this case, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee, or the Honorable Sheri Bluebond. Before founding Fenix Management LLC, I participated in various consulting and management assignments involving health care businesses located in California with other firms. As such, my prior assignments may include matters where the debtor and creditors of Downey were creditors (for example, Watts Health Foundation, Inc. Dba UHP Healthcare and MedPartners Provider Network, Inc.) and matters where I was designated as an expert witness, including matters involving PacifiCare. With the exception of minor work related to the reorganized Watts Health Foundation, Inc. (all creditor claims have been resolved), neither Fenix nor I are engaged in any current matters involving parties in this bankruptcy case.

18. Fenix has not shared or agreed to share its compensation for advising the Committee with any other person or entity.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.                    Rolling Hills Estates

Executed this __9ᵗʰ__ day of October 2009 at ~~Los Angeles~~, California.

BRADLEY A. LANG

PRINTED ON

# EXHIBIT "A"

# Bradley A. Lang

Fenix Management LLC
10100 Santa Monica Boulevard, Third Floor
Los Angeles, California 90067
Phone: (310) 245-3810
Email: blang@fenixmanagement.us
Website: www.fenixmanagement.us

## Range of Experience:

Nineteen years of management consulting experience in restructuring and related financial analysis, including turnarounds, restructuring and litigation and forensic services.

## Industries with Significant Experience:

Health Care – Engaged in a wide variety of matters, including turnarounds, restructuring, litigation and other dispute resolution assignments.

## Selected Consulting Engagements:

WATTSHealth Foundation, Inc. dba UHP Healtheare – Chief Restructuring Officer during the bankruptcy restructuring of this HMO serving MediCal, Medicare and commercial patients in the Los Angeles area. Responsibilities include executive management, managing restructuring initiatives and the solicitation of bids and execution of sale of the lines of business.

Matrix IPA – Provided expert testimony at arbitration regarding the financial condition and viability of a failed physician practice organization located in Central California.

Veterinary Pet Insurance – Engaged to assist this insurance in the property and casualty insurance sector with the restatement of multiple years of financial information and to assist interim management and the board of directors through a management transition. Reported to interim CEO and board of directors during this 12 month assignment resulting in a successful financial restatement and transition to new long-term management.

Parkview Community Hospital Medical Center – Engaged to investigate and resolve the claims between Parkview and PacifiCare related to the managed care contracts, including capitation deductions and accounting for risk sharing arrangements.

MedPartners – Lead negotiator for the investigation and resolution of $250 million of health care provider claims asserted by hospitals and physician groups against this Knox-Keene licensed physician practice management company. Involved the investigation and resolution of managed care contracts, capitation deductions, risk pool accounting and claims for reinsurance and other third party indemnifications.

# Bradley A. Lang
Fenix Management LLC
10100 Santa Monica Boulevard, Third Floor
Los Angeles, California 90067
Phone: (310) 245-3810
Email: blang@fenixmanagement.us
Website: www.fenixmanagement.us

KS Resources – Engaged by the US prosecutor and testifed regarding the accounting of the estate of KS Resources, an energy exploration business that failed after an SEC investigation. Investigation involved the tracing of investor funds and the allocation of the use of those funds to corporate uses, personal uses of management and other investments. Testified in a criminal trial in US District Court, Los Angeles, California (May 2000).

Various Assignments Related to Home Owners Associations – Engaged in a variety of matters for counsel to the insurance company in matters involving damage claims asserted by home owners associations for alleged construction defects. Investigated alleged defects, documented alleged repair and reconstruction costs and provided information to counsel for mediation of damage claims.

Baldwin Builders/Baldwin Building Contractors – Financial advisor to the creditors committee and subsequent to the appointment of a trustee, financial advisor to the crisis manager. Provided financial and forensic services related to the uses of funds, financial projections and feasibility of the restructuring. Testified at the confirmation hearing, US Bankruptcy Court, Santa Barbara, California (August 1997).

Meris Laboratories, Inc. – Financial advisor to the crisis manager for this $30 million in revenue medical laboratory. Assisted the debtor with the analysis of business metrics and business planning.

## Professional Affiliations:

Licensed Real Estate Broker (California #01243294)
Member, Los Angeles Bankruptcy Forum
Former Board Member, Turnaround Management Association, Southern California chapter
Member, American Bankruptcy Institute

## Speeches and Articles:

Presented "Mass Retailing," a speech covering strategic and financial trends affecting the mass retailing industry and including a discussion of Service Merchandise Company and The Good Guys. Presented on July 15, 1998 to a group of credit managers in Los Angeles.

# Bradley A. Lang

Fenix Management LLC
10100 Santa Monica Boulevard, Third Floor
Los Angeles, California 90067
Phone: (310) 245-3810
Email: blang@fenixmanagement.us
Website: www.fenixmanagement.us

Presented "SIC Codes of Risk and Opportunity in San Diego," a speech covering activities in the national and local hospitality and construction and development industries. Presented on November 18, 1998 to a banking group in La Jolla, California.

Co-Authored "Getting the Most from an Expert Witness Means Getting Them Involved," Appeared in Los Angeles Lawyer in the March 1999 issue.

**Education:**

University of Southern California
Bachelor of Science – Business Administration – 1990
Finance and Business Economics Concentration / Dean's List

# EXHIBIT "B"

MARTIN J. BRILL (State Bar No. 53220)
DANIEL H. REISS (State Bar No. 150573)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: mjb@lnbrb.com, dhr@lnbrb.com, jpf@lnbrb.com

Proposed Counsel for the Official
Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No.: 2:09-bk-34714 BB |
| DOWNEY REGIONAL MEDICAL CENTER-HOSPITAL, INC., | Chapter 11 |
| Debtor and Debtor in Possession. | NOTICE OF APPLICATION TO EMPLOY FENIX MANAGEMENT LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br><br>[NO HEARING REQUIRED UNLESS REQUESTED PER LOCAL BANKRUPTCY RULE 2104-1(b)(C)] |

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the

"Committee") in the Chapter 11 bankruptcy case of Downey Regional Medical Center-Hospital,

Inc. (the "Debtor"), has filed an application (the "Application") for Court approval of its employment of Fenix Management LLC ("Fenix") as its financial advisor, effective September 25, 2009, pursuant to 11 U.S.C. §§ 327, 330 and 1103 upon the terms and conditions described in the Application.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Committee seeks to retain Fenix for, amongst others, the following services:

a)      To review and offer guidance regarding financial information proffered by the Debtor or other parties that will bear on decisions of the Committee during the case, such as but not limited to financing matters, cash flow statements, reports of financial performance, business plans, and projections;

b)      To interview and offer guidance regarding the strengths and weaknesses of governance and management of the Debtor and its ability to develop and execute various business plans and strategies;

c)      To develop alternative plans and strategies and assist the Committee in executing these alternative plans and strategies for financing, refinancing, strategy changes, governance, management, and other elements of the Debtor's business plan, if such a need arises;

d)      To provide testimony regarding matters of interest to the Committee; and

e)      To provide other such assistance as the Committee and its counsel deem necessary.

**PLEASE TAKE FURTHER NOTICE** that Fenix is requesting to be compensated in the manner set forth in the Debtor's Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code [Docket entry no.95], which is set for hearing before this Court on October 27, 2009, at 2:00 p.m. Furthermore, Fenix will seek reimbursement from the Debtor's estate for

expenses incurred in its services for the Committee, including, but not limited to, travel, transportation, lodging, meals, copies, faxes, express mail, messenger, and other incidentals incurred in the ordinary provision of services to clients.

**PLEASE TAKE FURTHER NOTICE** that the Application is based on this Notice, the Application, the Declaration of Bradley A. Lang in support of the Application, and all other pleadings filed in support of the Application, the entire record of this case, the statements, arguments and representations of counsel to be made at the hearing on the Application, if any, and any other evidence properly presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that any request for a copy of the Application must be made in writing to Levene, Neale, Bender, Rankin & Brill L.L.P., 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067, Attention: Daniel H. Reiss, Tel: (310) 229-1234, Fax: (310) 229-1244, Email: dhr@lnbrb.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any response and request for a hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on the Office of the United States Trustee and the Committee and its counsel, whose contact information appears on the upper left-hand corner of this Notice, no later than 15 days following the date of service of this Notice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**PLEASE TAKE FURTHER NOTICE** that failure to file and serve an objection or

2

request for hearing within this fifteen (15) day period may be deemed by the Court to be consent

3

to the relief requested in the Application.

4

5

Dated: October 9, 2009                THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS

6

7

8

                                   By:   /s/ Daniel H. Reiss
                                   MARTIN J. BRILL

9

                                   DANIEL H. REISS
                                   JOHN-PATRICK M. FRITZ

10

                                   LEVENE, NEALE, BENDER, RANKIN
                                   & BRILL L.L.P.

11

                                   Proposed Counsel for the Official
                                   Committee of Unsecured Creditors

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRINTED ON

| In re: | Case No. 2:09-bk-34714-BB |
|---|---|
| DOWNEY REGIONAL MEDICAL CENTER-HOSPITAL, INC., Debtor | Chapter 11 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as NOTICE OF APPLICATION TO EMPLOY FENIX MANAGEMENT LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 9, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Vanessa L Au    vanessaau@paulhastings.com
- Mark Bradshaw    mbradshaw@shbllp.com
- Martin J Brill    mjb@lnbrb.com
- Richard W Brunette    rbrunette@sheppardmullin.com
- Russell Clementson    russell.clementson@usdoj.gov
- Dawn M Coulson    dcoulson@eyclaw.com
- Jeffry A Davis    jadavis@mintz.com
- Lisa Hill Fenning    Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Mark D Houle    mark.houle@pillsburylaw.com
- Raffi Khatchadourian    raffi@hemar-rousso.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Mitchell B Ludwig    mbl@kpclegal.com
- Randy P Orlik    rorlik@coxcastle.com
- Daniel H Reiss    dhr@lnbrb.com
- Christopher O Rivas    crivas@reedsmith.com
- Nathan A Schultz    schultzn@gtlaw.com
- Steven J Schwartz    sschwartz@dgdk.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andrea M Valdez    avaldez@fulbright.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On October 9, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

## All Entities Served Via United States Mail

**Debtor**
Downey Regional Medical Center
11500 Brookshire Avenue
Downey, CA 90241-7010

**Office of the United States Trustee**
Russell Clementson, Esq.
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Committee Chair-Counsel for**
PacifiCare of California
Karl Block, Esq.
Loeb & Loeb
10100 Santa Monica Blvd., Ste 2200
Los Angeles, CA 90067

**Committee Member**
Gil Bender, M.D.
Alliance Physicians Medical Group, Inc.
4909 Lakewood Blvd., Ste 200
Lakewood, CA 20712

**Committee Member**
David G. Aguilar, M.D., F.A.A.P.
President, Alliance Physicians Medical
Group, Inc.
5275 Chadwick Drive
Huntington Beach, CA 92649

**Committee Member**
Daniel Webber
Chief Financial Officer
Pioneer Surgical Technology
375 River Park Circle
Marquette, MI 49855

**Committee Member**
Denene Byrd, Mgr. Credit Underwriting
Financial Shared Services, East
Cardinal Health
7000 Cardinal Place
Dublin, OH 43017

**Committee Member**
Hilda H. Agajanian, MBA
Administrator
The Oncology Institute of Hope & Innova
11480 Brookshire Avenue, Suite 309
Downey, CA 90241

**Committee Member**
Siemens Medical Solutions USA, Inc.
c/o Reed Smith LLP
Marsha Houston/Christopher. Rivas
355 South Grand Avenue, Ste 2900
Los Angeles, CA 90071

**Committee Member**
Siemens Medical Solutions USA, Inc.
c/o John J. Schwab, Senior Counsel
51 Valley Stream Parkway, T06
Malvern, PA 19355

**Committee Member**
Tenet Healthcare
c/o Lynn E. Iba, Senior Counsel
1500 South Douglass Road
Anaheim, CA 92806

**Ex Officio Committee Member**
Health Net, Inc.
Anne L. Schlueter, V.P. Legal Affairs
Mail Stop Code CA-102-15-03
21650 Oxnard Street, Suite 1560
Woodland Hills, CA 91367

**Ex Officio Committee Member**
Health Net, Inc.
Mark Houle, Esq.
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122

**Ex Officio Committee Member**
AppleCare Medical Management, Inc.
Vinod Jivrajka M.D., President/CEO
6131 Orangethorpe Avenue
Buena Park, CA 90620

**Proposed Financial Advisor to**
Committee
Bradley A. Lang
Fenix Management LLC
1874 South Pacific Coast Hwy # 378
Redondo Beach, CA 90277

**RSN-Cnsl-Applecare Medical Group**
Eric Klein, Esq.
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067

**RSN-Counsel for Prime Healthcare Mgr**
Leonard M. Shulman, Esq.
Mark Bradshaw, Esq.
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, Suite 300
Foothill Ranch, CA 92610-2808

**RSN-Cnsl-Wells Fargo Bank, National**
Association as Indenture Trustee
Jeffry Davis, Esq., Joseph Dunn, Esq.
Mintz Leven Cohn et al.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130

**RSN-Cnsl-Wells Fargo Bank, National**
Association as Indenture Trustee
William Kannel, Esq., Charles Azano, Esq.
Mintz Leven Cohn et al.
One Financial Center
Boston, MA 02111

**RSN-Counsel for Edmund G. Brown, Jr**
Edmund G. Brown Jr./A.G. California
Kelvin C. Gong, Wendi A. Horwitz
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

22

Cnsl-Healthcare Finance Group, Inc.
William H. Kiekofer, III, Esq.
Jodie M. Grotins, Esq.
McGuireWoods LLP
1800 Century Park Easst, 8th Floor
Los Angeles, CA 90067

Wendl A Horwitz
300 S Spring St Ste 1702
Los Angeles, CA 90013

RSN-Cnsl-Presbyterian Intercommunity
Hosp.
Mark A. Kadzielski, Esq.
Andrea M. Valez, Esq.
Fulbright & Jaworski L.L.P.
555 South Flower Street
Los Angeles, CA 90071

RSN-Cnsl-Presbyterian
Intercommunity Hosp.
Michael M. Parker, Esq.
Fulbright & Jaworskl L.L.P.
300 Covent Street, Suite 2200
San Antonio, TX 78205-3792

RSN-Cnsl-Presbyterian Intercommunity
Hosp.
Kevin P. Duthoy, Esq.
Bewley Lassleben & Miller
13215 East Penn Street, Suite 510
Whittier, CA 90602

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 9, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**Served via Personal Delivery by Attorney Service**
Hon. Sherl Bluebond
U.S. Bankruptcy Court
Courtroom 1475
255 East Temple Street
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 9, 2009 | John Berwick | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

23

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as APPLICATION TO EMPLOY FENIX MANAGEMENT LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; DECLARATION OF BRADLEY A. LANG IN SUPPORT THEREOF will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 9, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Vanessa L Au    vanessaau@paulhastings.com
- Mark Bradshaw    mbradshaw@shbllp.com
- Martin J Brill    mjb@lnbrb.com
- Richard W Brunette    rbrunette@sheppardmullin.com
- Russell Clementson    russell.clementson@usdoj.gov
- Dawn M Coulson    dcoulson@eyclaw.com
- Jeffry A Davis    jadavis@mintz.com
- Lisa Hill Fenning    Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Mark D Houle    mark.houle@pillsburylaw.com
- Raffi Khatchadourian    raffi@hemar-rousso.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Mitchell B Ludwig    mbl@kpclegal.com
- Randy P Orlik    rorlik@coxcastle.com
- Daniel H Reiss    dhr@lnbrb.com
- Christopher O Rivas    crivas@reedsmith.com
- Nathan A Schultz    schultzn@gtlaw.com
- Steven J Schwartz    sschwartz@dgdk.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andrea M Valdez    avaldez@fulbright.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On October 9, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

## All Entities Served Via United States Mail

Debtor
Downey Regional Medical Center
11500 Brookshire Avenue
Downey, CA 90241-7010

Office of the United States Trustee
Russell Clementson, Esq.
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Committee Chair-Counsel for
PacifiCare of California
Karl Block, Esq.
Loeb & Loeb
10100 Santa Monica Blvd., Ste 2200
Los Angeles, CA 90067

Committee Member
Gil Bender, M.D.
Alliance Physicians Medical Group, Inc.
4909 Lakewood Blvd., Ste 200
Lakewood, CA 20712

Committee Member
David G. Aguilar, M.D., F.A.A.P.
President, Alliance Physicians Medical
Group, Inc.
5275 Chadwick Drive
Huntington Beach, CA 92649

Committee Member
Daniel Webber
Chief Financial Officer
Pioneer Surgical Technology
375 River Park Circle
Marquette, MI 49855

Committee Member
Denene Byrd, Mgr. Credit Underwriting
Financial Shared Services, East
Cardinal Health
7000 Cardinal Place
Dublin, OH 43017

Committee Member
Hilda H. Agajanian, MBA
Administrator
The Oncology Institute of Hope & Innova
11480 Brookshire Avenue, Suite 309
Downey, CA 90241

Committee Member
Siemens Medical Solutions USA, Inc.
c/o Reed Smith LLP
Marsha Houston/Christopher. Rivas
355 South Grand Avenue, Ste 2900
Los Angeles, CA 90071

Committee Member
Siemens Medical Solutions USA, Inc.
c/o John J. Schwab, Senior Counsel
51 Valley Stream Parkway, T06
Malvern, PA 19355

Committee Member
Tenet Healthcare
c/o Lynn E. Iba, Senior Counsel
1500 South Douglass Road
Anaheim, CA 92806

Ex Officio Committee Member
Health Net, Inc.
Anne L. Schlueter, Vice President
Legal Affairs
Mail Stop Code CA-102-15-03
21650 Oxnard Street, Suite 1560
Woodland Hills, CA 91367

Ex Officio Committee Member
Health Net, Inc.
Mark Houle, Esq.
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122

Ex Officio Committee Member
AppleCare Medical Management, Inc.
Vinod Jivrajka M.D., President/CEO
6131 Orangethorpe Avenue
Buena Park, CA 90620

Proposed Financial Advisor to
Committee
Bradley A. Lang
Fenix Management LLC
1874 South Pacific Coast Hwy # 378
Redondo Beach, CA 90277

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 9, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**Served via Personal Delivery by Attorney Service**

Hon. Sheri Bluebond
U.S. Bankruptcy Court
Courtroom 1475
255 East Temple Street
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 9, 2009 | John Berwick | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                    **F 9013-3.1**