1  PETER C. ANDERSON
   United States Trustee
2  JILL M. STUREVANT
   Assistant United States Trustee
3  RUSSELL CLEMENTSON (State Bar No. 143284)
   Trial Attorney
4  OFFICE OF THE UNITED STATES TRUSTEE
   725 S. Figueroa Street, Suite 2600
5  Los Angeles, CA 90017
   Phone (213) 894-4505
6  Fax (213) 894-2603

7

8  UNITED STATES BANKRUPTCY COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10  LOS ANGELES DIVISION

11  In re:  )  Case No. 2:09-bk-34714-BB
            )
12  DOWNEY REGIONAL MEDICAL  )  Chapter 11
    CENTER-HOSPITAL, INC., a California  )
13  non-profit, public benefit corporation,  )  NOTICE OF APPOINTMENT OF A
            )  PATIENT CARE OMBUDSMAN
14          )
            )
15          )  Date:
            Debtor.  )  Time: [no hearing set]
16  _____  )  Place:

17  The United States Trustee appoints SUZANNE KOENIG as the patient care ombudsman

18  in this case pursuant the Court's order entered on October 9, 2009 and the attached verification of

19  disinterestedness by Suzanne Koenig.[1] The ombudsman shall perform the duties required of her

20  pursuant to Bankruptcy Code §333. Ms. Koenig's business address is: Suzanne Koenig, SAK

21  Management Services, LLC, 4055 West Patterson Avenue, Suite 101, Chicago, Illinois 60646.

22  DATE:  OFFICE OF THE UNITED STATES TRUSTEE

23  10/15/09

24  By: _____
        JILL M. STURTEVANT
25      Assistant United States Trustee

26

27  _____

28  [1]See Exhibit A, Order Directing Appointment of Patient Care Ombudsman and Exhibit B, Verification by Suzanne Koenig as required by 2007.2 (c).

Exhibit "A"

Exhibit "A"

```
 1  PETER C. ANDERSON
    UNITED STATES TRUSTEE
 2  JILL M. STURTEVANT, State Bar No. 089395
    ASSISTANT UNITED STATES TRUSTEE
 3  RUSSELL CLEMENTSON, State Bar No. 143284
    TRIAL ATTORNEY
 4  OFFICE OF THE UNITED STATES TRUSTEE
    725 South Figueroa Street, Suite 2600
 5  Los Angeles, California 90017-5418
    (213) 894-4505 telephone
 6  (213) 894-2603 facsimile
    Email: russell.clementson@usdoj.gov
 7
```

FILED & ENTERED

OCT 09 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY milano    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 02:09-bk-34714-BB |
| DOWNEY REGIONAL MEDICAL CENTER-HOSPITAL, INC., a California non-profit, public benefit corporation,<br><br>Debtor. | Chapter 11<br><br>ORDER DIRECTING THE APPOINTMENT OF A PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333(a)(1)<br><br>Hearing Date:<br>Time:   [no hearing set]<br>Place: |

The Court having considered the United States Trustee's Application For An Order Directing The Appointment Of A Patient Care Ombudsman, and the record in this case,

IT IS HEREBY ORDERED that the United States Trustee is directed to appoint a disinterested patient care ombudsman ("Ombudsman") pursuant to section 333(a)(2) of the Bankruptcy Code. The Ombudsman shall perform the duties required of the Ombudsman pursuant to sections 333(b) and (c), and may apply for compensation pursuant to section 330.

IT IS FURTHER ORDERED that the Ombudsman may review confidential patient records as necessary and appropriate to discharge the Ombudsman's duties and responsibilities under this Order, provided however, that the Ombudsman protects the confidentiality of such records as required under applicable non-bankruptcy law and regulations including, but not limited to, the

1

Health Insurance Portability and Accountability Act of 1996 and the federal HIPAA privacy regulations at 45 Code of Federal Regulations.

###

DATED: October 9, 2009

United States Bankruptcy Judge

**Exhibit "B"**

**Exhibit "B"**

RANDYE B. SOREF (SBN: 99146)
BRIAN T. HARVEY (SBN: 238991)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: rsoref@buchalter.com

Attorneys for Suzanne Koenig
Patient Care Ombudsman

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DOWNEY REGIONAL MEDICAL CENTER HOSPITAL, INC.,<br><br>Debtor. | Case No. 2:09-bk-34714-BB<br><br>Chapter: 11<br><br>**VERIFIED STATEMENT OF SUZANNE KOENIG IN SUPPORT OF APPOINTMENT AS PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333 AND RULE 2007.2(c) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF             )

Suzanne Koenig, being duly sworn, deposes and says:

1. This verified statement (the "**Verified Statement**") is being submitted in connection with the United States Trustee's Appointment of Patient Care Ombudsman (the "**Ombudsman Notice**"). The Ombudsman Notice appoints me as Patient Care Ombudsman in the above-captioned chapter 11 case (the "**Case**") filed by Downey Regional Medical Center Hospital, Inc. (the "**Debtor**").

BN 4597932v1                           1

VERIFIED STATEMENT OF SUZANNE KOENIG IN SUPPORT OF APPOINTMENT AS PATIENT CARE OMBUDSMAN
PURSUANT TO 11 U.S.C. § 333 AND RULE 2007.2(C) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

2. I am President of SAK Management Services, LLC ("**SAK**") which maintains an office at 4055 W. Peterson Ave, Chicago, Illinois 60646. SAK specializes in managing and turning around distressed health care businesses. SAK's staff consists of experienced licensed nursing home administrators, licensed nurses, licensed social workers and licensed dieticians. SAK has represented clients involved in financial distress situations including debtors in possession, trustees, examiners, financial institutions and creditor's committees. As president of SAK, I have significant experience in distressed health care businesses. I have also served as the patient care ombudsman in other cases.

3. I am willing to serve as the Patient Care Ombudsman in the above-captioned Case.

4. The purpose of this Verified Statement is to provide the disclosures required under title 11 of the United States Code (the "**Bankruptcy Code**") in order to qualify as a "disinterested person," as such term is defined pursuant to section 101(14) of the Bankruptcy Code, and to comply with the disclosure requirements of Rule 2007.2(c) of the Federal Rules of Bankruptcy Procedure (collectively, the "**Bankruptcy Rules**"). This Verified Statement is intended to set forth, to the best of my knowledge, all of my connections with the Debtor, its creditors, patients, any other parties in interest, their respective attorneys and accountants in the Case, the United States Trustee for this District, any person employed in the Office of the United States Trustee for this District and this Court. In the event that additional connections within the scope of Bankruptcy Rule 2007.2(c) are discovered during the pendency of the Case, I will undertake to file supplemental disclosures as may become appropriate.

5. I am not related, to the best of my knowledge, to any Judge of the United States Bankruptcy Court for the Central District of California nor do I have any connection with the United States Trustee's Office in that District.

6. In order to prepare this Verified Statement and in addition to the foregoing, I completed a conflicts check by comparing my client names and SAK's client names to (a) the Debtor's names, (b) the Debtor's professionals, (c) the Debtor's officers and directors, (d) the professionals for the Official Committee of Unsecured Creditors, (e) the post-petition lender,

BN 4597932v1

2

VERIFIED STATEMENT OF SUZANNE KOENIG IN SUPPORT OF APPOINTMENT AS PATIENT CARE OMBUDSMAN
PURSUANT TO 11 U.S.C. § 333 AND RULE 2007.2(C) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

(f) the Debtor's pre-petition creditors, (g) the Debtor's equity security holders, and (h) those parties in interest filing requests for notice under Bankruptcy Rule 2002.

7.  Both I and SAK may have clients in the past or clients in the future, or have other connections with certain creditors of the Debtor or other professionals or parties in interest in matters unrelated to the Debtor or the Case. I have no connections with those parties listed above in any matters relating to the Debtor or this Case. SAK, however, has connections with those parties identified in **Exhibit A** of this Verified Statement in matters wholly unrelated to the Debtor or the Case. SAK's current or past relationships with such parties do not comprise a material component of SAK's business and such relationships are unrelated to the matters upon which I will be appointed in the Case.

8.  I specialize in distressed companies and may have relationships with parties in interest not currently known to me who may be creditors of the Debtor in matters wholly unrelated to the Case. To the extent that I discover any such information, I will promptly disclose such information to the Court on notice to creditors and the United States Trustee.

9.  I am a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that I:

    (a)    am not a creditor, equity security holder or insider of the Debtor;

    (b)    am not, and was not, within 2 years before the date of filing of the petition, a director, officer, or employee of the Debtor; and

    (c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

10.  An ombudsman appointed under section 333 of the Bankruptcy Code must "(1) monitor the quality of patient care provided by the debtor to the extent necessary including interviewing patients and physicians, (2) report to the Court orally or in writing at not more than sixty (60) day intervals concerning the quality of patient care provided, and (3) if the ombudsman determines that the quality of patient care is declining significantly or is otherwise being materially compromised, file a motion or report with the Court immediately upon making such determination." 11 U.S.C. § 333(b).

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 4597932v1    3

VERIFIED STATEMENT OF SUZANNE KOENIG IN SUPPORT OF APPOINTMENT AS PATIENT CARE OMBUDSMAN
PURSUANT TO 11 U.S.C. § 333 AND RULE 2007.2(C) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

8

11. I intend to apply for compensation for professional services rendered in connection with the Case subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, U.S. Trustee Guidelines, and Orders of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred. My current hourly rate is $350.00. I also may use other professionals at SAK whose rates range between $350 and $225. The expenses charged to clients include, among other things, telephone and telecopier tolls and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, word processing charges, courier services, overnight delivery services, docket and court filing fees, telecommunications, travel expenses, expenses for working meals, computerized research, and transcription costs, as well as non-ordinary overhead expenses such as overtime for secretarial personnel and other staff. I will charge the Debtor's estate for these expenses in a manner and at rates consistent with charges made generally to my clients.

12. I intend to retain the law firm of Buchalter Nemer to assist me in my engagement and will apply for Court approval of that retention.

13. In accordance with the Ombudsman Notice, I will utilize the staff of SAK to assist me in performing my duties and responsibilities.

14. By reason of the foregoing, I believe that I am eligible for appointment as Patient Care Ombudsman pursuant to section 333 of the Bankruptcy Code and Bankruptcy Rule 2007.2(a).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 15 day of October, 2009.

_/s/ Suzanne Koenig_
Suzanne Koenig

SUBSCRIBED AND SWORN to before me this 15 day of October, 2009.

_/s/ Linda G. Rodriguez_
Notary Public

LINDA G. RODRIGUEZ
Notary Public, State of New York
No. 24-4995573
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires April 27, 20_10_

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 4597932v1   4

VERIFIED STATEMENT OF SUZANNE KOENIG IN SUPPORT OF APPOINTMENT AS PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333 AND RULE 2007.2(C) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

9

# EXHIBIT A

1. AT & T Communications – Telephone supplier for 1 nursing home that Suzzane Koenig ("SK") is a member of their LLC.

2. CLIA Laboratory Program – Federal Laboratory Certification Program for 3 nursing homes that SK is a member of thier LLC.

3. Crest Healthcare Supply - Equipment Supplier for 2 nursing homes that SK is a member of their LLC.

4. First Insurance Funding Corporation – Insurance Finance Company for SAK & 3 nursing homes that SK is a member of their LLC.

5. GNeil – Supplier for 2 nursing homes that SK is a member of their LLC.

6. Grainger – Mechanical Equipment Supplier for 1 nursing home that SK is a member of their LLC.

7. Hill Rom - Medical Supplier for 1 nursing home that SK is a member of their LLC.

8. KCI USA, Inc - Medical Supplier for 2 nursing homes that SK is a member of their LLC.

9. Medline Industries, Inc. – Medical Supplier for 1 nursing home that SK is a member of their LLC.

10. Sprint – Cell Phone provider for SAK & 2 nursing homes that SK is a member of their LLC.

11. Stericycle - Medical Waste Collector for 3 nursing homes that SK is a member of their LLC.

13. Verizon Wireless – Cell Phone provider for SAK & 2 nursing homes that SK is a member of their LLC.

14. Zurich North America – Workman's Compensation Carrier for SAK Management.

The following Insurance Companies are billed for services provided to residents of 3 nursing homes that SK is a member of their LLC:

Aetna
Blue Shield
Cigna
United Healthcare

BN 4597932v1    1

VERIFIED STATEMENT OF SUZANNE KOENIG IN SUPPORT OF APPOINTMENT AS PATIENT CARE OMBUDSMAN
PURSUANT TO 11 U.S.C. § 333 AND RULE 2007.2(C) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

BN 4597932v1

1

VERIFIED STATEMENT OF SUZANNE KOENIG IN SUPPORT OF APPOINTMENT AS PATIENT CARE OMBUDSMAN
PURSUANT TO 11 U.S.C. § 333 AND RULE 2007.2(C) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

| In re: Downey Regional Medical Center –Hospital, Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-34714 BB |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017

A true and correct copy of the foregoing document described **NOTICE OF APPOINTMENT OF A PATIENT CARE OMBUDSMAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 15, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On October 15, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 15, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instruction to deliver the copy to the chamber bin outside Suite 1482 for the Honorable Sheri Bluebond.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 15, 2009 | STEPHANIE HILL | *Stephanie Hill* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 **F 9013-3.1**

| In re: Downey Regional Medical Center –Hospital, Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-34714 BB |

## ADDITIONAL SERVICE INFORMATION

### TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")
**Charles W. Azano** - cwazano@mintz.com
**Jeffry A Davis** - jadavis@mintz.com
**Randy P Orlik** - rorlik@coxcastle.com
**Martin J Brill** - mjb@lnbrb.com
**Nathan A Schultz** - schultzn@gtlaw.com
**Mark Bradshaw** - mbradshaw@shbllp.com
**Richard W Brunette** - rbrunette@sheppardmullin.com
**Raffi Khatchadourian** - raffi@hemar-rousso.com
**William H. Kiekhofer, III** - wkiekhofer@mcguirewoods.com
**Steven J Schwartz** - sschwartz@dgdk.com
**Lisa Hill Fenning** - Lisa.Fenning@aporter.com or jean.kellett@aporter.com
**Mark D Houle** - mark.houle@pillsburylaw.com
**William W. Kannel** - bkannel@mintz.com
**Daniel H Reiss** - dhr@lnbrb.com
**Christopher O Rivas** - crivas@reedsmith.com
**Russell Clementson** - russell.clementson@usdoj.gov
**United States Trustee (LA)** - ustpregion16.la.ecf@usdoj.gov
**Dawn M Coulson** - dcoulson@eyclaw.com
**Mitchell B Ludwig** - mbl@kpclegal.com
**Jodie M Grotins** - jgrotins@mcguirewoods.com
**Vanessa L Au** - vanessaau@paulhastings.com
**Andrea M Valdez** - avaldez@fulbright.com
**Brian T Harvey** - bharvey@buchalter.com
**Randye B. Soref** - rsoref@buchalter.com

### SERVED BY U.S. MAIL OR OVERNIGHT MAIL

### DEBTOR:
**Downey Regional Medical Center-Hospital Inc**
11500 Brookshire Ave
Downey, CA 90241

### DEBTOR'S COUNSEL:
**Lisa Hill Fenning**
777 S Figueroa St, 44th FL
Los Angeles, CA 90071

### CREDITOR:
**Tenet Healthcare**
1500 S Douglass Rd
Anaheim, CA 92806

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009    F 9013-3.1  13

| In re: Downey Regional Medical Center –Hospital, Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-34714 BB |

## ADDITIONAL SERVICE INFORMATION

### COUNSEL TO TENET HEALTHCARE:
**Lynn E Iba**
1500 S Douglas Rd
Anaheim, CA 92806

### COUNSEL TO EDMUND G. BROWN, JR.
**Wendi A Horwitz**
300 S Spring St Ste 1702
Los Angeles, CA 90013

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1  14