|  |  |
|---|---|
| LISA HILL FENNING (SBN 89238)<br>HARRY GARNER (SBN 254942)<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California 90017<br>Telephone: 213.243.4000<br>Facsimile: 213.243.4199<br>Lisa.Fenning@aporter.com<br>Harry.Garner@aporter.com | **FILED & ENTERED**<br><br>OCT 23 2009<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY wesley    DEPUTY CLERK |

*Proposed Counsel to Debtor and Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DOWNEY REGIONAL MEDICAL CENTER-HOSPITAL, INC., a California non-profit, public benefit corporation,<br><br>Debtor. | Case No.: 2:09-bk-34714-BB<br><br>Chapter 11<br><br>**ORDER AUTHORIZING EMPLOYMENT OF HNB CAPITAL VENTURES, LLC AS INVESTMENT BANKER EFFECTIVE AS OF THE PETITION DATE**<br><br>HEARING<br>Date: October 13, 2009<br>Time: 2:00 p.m.<br>Place: Courtroom 1475 |

Upon consideration of Debtor's emergency application for entry of an order pursuant to § 327(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Bankruptcy Rule 2014-1(b) authorizing the employment and retention of HNB Capital LLC ("**HNB**") as Debtor's investment banker in this chapter 11 case *nunc pro tunc* to the Petition Date (the "**Application**")[1]; and upon consideration of the Declaration of Howard Brand (the "**Brand Declaration**"); and the Court being satisfied, based on the representations made in the Application and the Brand Declaration, that HNB does not represent or hold any interest adverse to Debtor or Debtor's estate with respect to the

---

[1] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to such term in the Application.

1  matters upon which it is to be engaged and is disinterested as that term is defined under § 101(14) of
2  the Bankruptcy Code, as modified by § 1107(b) of the Bankruptcy Code, and that the employment
3  of HNB is necessary and in the best interests of Debtor, Debtor's estate, its creditors, and all parties
4  in interest; and the Court having jurisdiction pursuant to §§ 157 and 1334 of Title 28 of the United
5  States Code to consider the Application and the relief requested therein; and it appearing that due
6  notice of the Application has been provided and no other or further notice need be provided; and the
7  Court having determined that the legal and factual bases set forth in the Application and the Brand
8  Declaration establish just cause for the relief granted herein; it is hereby

9  **ORDERED** that the Application is GRANTED to the extent provided herein; and it is
10  further

11  **ORDERED** that, pursuant to sections 105, 327(a), and 328 of the Bankruptcy Code,
12  Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Debtor is
13  authorized to employ and retain HNB in accordance with the terms and conditions set forth in the
14  Application and the Engagement Letter; and it is further

15  **ORDERED** that HNB's compensation payable under the Engagement Letter shall be
16  subject to the standard of review provided for in § 328(a) of the Bankruptcy Code, and not subject
17  to the standard of review under § 330 of the Bankruptcy Code; and it is further

18  **ORDERED** that notwithstanding the preceding paragraph of this order and any provision to
19  the contrary in the Application or the Engagement Letter, the United States Trustee (the "**U.S.**
20  **Trustee**") shall have the right to object to HNB's request(s) for compensation and reimbursement
21  based on the reasonableness standard provided in § 330 of the Bankruptcy Code, not § 328(a) of the
22  Bankruptcy Code; provided, however, that "reasonableness" shall be evaluated by comparing,
23  among other things, the transaction fees payable in this case to fees paid to comparable investment
24  banking firms with similar experience and reputation offering comparable services in other chapter
25  11 cases and shall not be evaluated primarily on an hourly or length-of-case-based criteria; and it is
26  further

27  **ORDERED** that HNB shall be compensated in accordance with the terms of the
28  Engagement Letter, and, in particular, that HNB shall be compensated in accordance with the

2

procedures set forth in sections 330 and 331 of the Bankruptcy Code and any applicable Bankruptcy Rules and Local Bankruptcy Rules, and such procedures as may be fixed by order of this Court; provided, however, that HNB shall not be required to file monthly, interim or final fee applications; provided further that HNB shall not be compensated in any amount in excess of the $35,000 monthly retainer or 1.25% success fee described in the Application and the Engagement Letter; and it is further

**ORDERED** that the limitation of liability and indemnification provision of the Engagement Letter is approved in its entirety; provided, however, that such indemnification shall not apply to any claims that are finally and judicially determined on the merits to have resulted primarily and directly from the gross negligence or willful misconduct of HNB in performing the services that are the subject of the Engagement Letter; and it is further

**ORDERED** that Debtor is authorized to pay HNB's fees and to reimburse HNB for its costs and expenses as provided in the Engagement Letter, including, without limitation, the fees, disbursements, and other charges of HNB's counsel (which counsel shall not be required to be retained pursuant to § 327 of the Bankruptcy Code or otherwise); and it is further

**ORDERED** that notwithstanding anything to the contrary in the Bankruptcy Code, the Bankruptcy Rules, orders of this Court, or any guidelines regarding submission and approval of fee applications, in light of services to be provided by HNB and the structure of HNB's compensation pursuant to the Engagement Letter, HNB and its professionals shall be excused from maintaining time records as set forth in Local Bankruptcy Rule 2016-2 and the United States Trustee Fee Guidelines in connection with the services to be rendered pursuant to the Engagement Letter; provided, however, that HNB shall maintain records (in summary format) of its post-petition services rendered for Debtor, including reasonably detailed descriptions of those services, the approximate time expended in providing those services on a daily basis, which will be made available to the U.S. Trustee and any committee appointed in the Chapter 11 Case; and it is further

**ORDERED** that Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this order in accordance with the Application; and it is further

1  **ORDERED** that notwithstanding the possible application of Bankruptcy Rules 6004(h),
2  7062, or otherwise, the terms and conditions of this order shall be immediately effective and
3  enforceable upon its entry; and it is further
4  **ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from
5  or related to the implementation of this Order.

####

DATED: October 23, 2009

*[signature]*

| In re:<br>Downey Regional Medical Center-Hospital, Inc. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-34714-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16501 Ventura Boulevard, Suite 440, Encino, California, 91436-2068

A true and correct copy of the foregoing document described as **[REVISED PROPOSED] ORDER AUTHORIZING EMPLOYMENT OF HNB CAPITAL LLC AS INVESTMENT BANKER EFFECTIVE AS OF THE PETITION DATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):

On October 14, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 14, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
United States Bankruptcy Court
255 E. Temple Street, Ctrm 1475
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 14, 2009 | Nova George | /s/ Nova George |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                              F 9013-3.1

| In re:<br>Downey Regional Medical Center-Hospital, Inc. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-34714-BB |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Via Court NEF

Mark A. Kadzielski - mkadzielski@fulbright.com
Andrew M. Valdez - avaldez@fulbright.com
Michael M. Parker - mparker@fulbright.com
Kevin P. Duthoy - kevin.duthoy@bewleylaw.com
Vanessa L Au  - vanessaau@paulhastings.com
Mark Bradshaw - mbradshaw@shbllp.com
Martin J Brill  - mjb@lnbrb.com
Richard W Brunette - rbrunette@sheppardmullin.com
Russell Clementson - russell.clementson@usdoj.gov
Dawn M Coulson - dcoulson@eyclaw.com
Jeffry A Davis - jadavis@mintz.com
Mark D Houle - mark.houle@pillsburylaw.com
Raffi Khatchadourian - raffi@hemar-rousso.com
William H. Kiekhofer - wkiekhofer@mcguirewoods.com
Randy P Orlik - rorlik@coxcastle.com
Daniel H Reiss - dhr@lnbrb.com
Christopher O Rivas - crivas@reedsmith.com
Nathan A Schultz - schultzn@gtlaw.com
Steven J Schwartz - sschwartz@dgdk.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Edmund G. Brown, Jr., Attorney General of the State of California - wendi.horwitz@doj.ca.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

In re Downey Regional Medical Center-Hospital, Inc.
Case No. 2:09-bk-34714-BB
2002 Service List

**Debtor**
Downey Regional Medical Center
11500 Brookshire Avenue
Downey, CA 90241-7010

**Debtor's Counsel**
Counsel for Downey Regional Medical Center
Lisa Hill Fenning
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844

**UST**
United States Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Counsel to OCC**
Daniel Reiss
Levene, Neale, Bender, Rankin & Brill
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

Martin J. Brill
Levene, Neale, Bender, Rankin & Brill
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

**Counsel for Blue Cross**
Creim Macias Koenig & Frey LLP
Stuart I. Koenig
633 West 5th Street, 51st Floor
Los Angeles, CA 90071

**Counsel for Siemens Medical Solutions, USA**
Reed Smith LLP
Marsha Houston, Christopher Rivas
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Reed Smith LLP
Claudia Springer
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

**Counsel for Prime Healthcare Management,**
Shulman Hodges & Bastian LLP
Mark Bradshaw
26632 Towney Centre Dr., Suite 300
Foothill Ranch, CA 92610-2808

**Counsel for Tenet Healthcare Corporation**
Tenet Health Care
Lynn E Iba
1500 South Douglass Road
Anaheim, CA 92806

**Indenture Trustee for Secured Bonds**
California Health Facilities Financing Authority
915 Capitol Mall, Suite 590
Sacramento, CA 95814

**Counsel For Wells Fargo, N.A.**
William W. Kannel
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo
One Financial Center
Boston, MA 02011

**Counsel For Wells Fargo, N.A.**
Charles W. Azano
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo
One Financial Center
Boston, MA 02011

**Counsel For Wells Fargo, N.A.**
Jeffry Davis
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130

Wells Fargo Corporate Trust Services
Attn: Gavin Wilkinson
625 Marquette Avenue
MAC N9311-115
Minneapolis, MN 55479

**Proposed DIP Lender**
Counsel for Healthcare Finance Group
William Kiekhofer
Jodie M. Grotins
McGuireWoods
1800 Century Park East, 8th Fl.
Los Angeles, CA 90067

**Proposed DIP Lender**
Healthcare Finance Group
Robert D. Lynch
199 Water Street, 20th Floor
New York, New York 10038

**Secured Creditor**
Apollo Health Street Inc
2 Broad Street
Bloomfield, NJ 07003

**Counsel for Apollo Health Street, Inc.**
Philip Kraft
Law Office of Mark J. Skapik, APC
250 West First Street, Suite 330
Claremont, CA 91711

**Lienholders of Record**
Alaris Medical System, Inc.
10221 Wateridge CR
San Diego, CA 92121


Bank of the West
9001 East Whittier Boulevard
Pico Rivera, CA 90660


Bank of the West
201 North Civic Drive
Suite 360 B
Walnut Creek, CA 94596


Baxter Healthcare Corporation
Attn: Gail D Alesandro - DF6/3W
1 Baxter Parkway
Deefield, IL 60015


Cadwell Laboratories, Inc.
909 North Kellogg Street
Kennewick, WA 99336

**Lienholders of Record**
Cerner Corp
2800 Rockcreek Parkway
Kansas City, MO 64117-2521


Cisco Systems Capital Corporation
170 West Tasman Drive
MS SJ13-3
San Jose, CA 95134


Cobe Cardiocascular, Inc.
1185 Oak Street
Lakewood, CO 80215-4407


Computer Sales International, Inc.
10845 Olive Boulevard
Suite 300
St. Louis, MO 63141


Computer Sales International, Inc.
9990 Old Olive Street Road
St. Louis, MO 63141


Dade Behring Financial Services
10 Riverview Drive
Danbury, CT 06810


E.I. Du De Nemours & Co
Barley Mill Plaza #24-2224
Wilmington, DE 19807


E.I. Du De Nemours & Co
1007 Market Street
Wilmington, DE 19801

**Lienholders of Record**
E.I. Dupont De Nemours & CO
Finance - Credit
CRP728-1330
4417 Lancaster Avenue
Wilmington, DE 19805

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

First Bank of Highland Park
1835 First Street
Highland Park, IL 60035

First Interstate BK of Calif Trustee
707 Wilshire Boulevard
Los Angeles, CA 90017

Graybar Financial Services
201 West Big Beaver Road
Troy, MI 48084

Johnson & Johnson Finance Corporation
501 George Street
New Brunswick, NJ 08901

Lanier Worldwide, Inc.
4667 North Royal Atlanta Drive
Tucker, GA 30084-3802

Leasing Associates of Barrington, Inc.
33 West Higgins Road
Suite 1030
South Barrington, IL 60010

**Lienholders of Record**
Olympus Corp
4 Nevada Drive
Lake Success, NY 11042-1114

Philips Medical Capital LLC
1111 Old Eagle School Road
Wayne, PA 19087

Sanwa Bank
Attn: Rick Lopez, VP
Pico Rivera Office
9001 East Whittier Blvd
Pico Riveria, CA 90660

Sovereign Bank
3 Huntington Quadrangle
Suite 101N
Melville, NY 11747

Terumo Caediovascular System
6200 Jackson Road
Ann Arbor, MI 48103

The BK of Tokyo, Ltd.
640 West Sixth Street
Los Angeles, CA 90017

U.S. Bank National Association
400 City Center
Oshkosh, WI 54901

United California Bank
9001 East Whittier Boulevard
Pico Rivera, CA 90660

**Other Interested Parties**
California Department of Public Health
Licensing and Certification
County of Los Angeles District Office
12440 East Imperial Highway, Suite 200
Norwalk, CA 90650

California Department of Public Health
Health Facilities Inspection Division
Branch Chief: James L. Lawson. Ph.D., RN
12440 East Imperial Highway, Suite 522
Norwalk, CA 90650

Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore MD 21244-1850

Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Los Angeles County Tax Assessor
500 W. Temple St. Room 225
Los Angeles, CA 90012-2770

Meyer Christian & Associates
Attn Tim Denton
15061 Springdale Street, Suite 113
Huntington Beach, CA 92649

Office of the Attorney General
State of California
Registry of Charitable Trusts
1300 I Street, Suite 125
Sacramento, CA 95814-2951

**Other Interested Parties**
State of California - Health and Human
Services Agency
Medi-Cal
Department of Health Care Services
1501 Capital Avenue
Sacramento, CA 95814-5005

**Request for Special Notice Parties**

Counsel for Applecare Medical Group
Eric Klein
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067

Counsel to Edmund G. Brown, Jr.
Office of the Attorney General
Wendi A. Horwitz
300 S. Spring St., Suite 1702
Los Angeles, CA 90013

Counsel to The Regents of the University of
California
Charles F. Robinson and Eric K Behrens
University of Southern California
Office of the General Counsel
111 Franklin Street, 89th Floor
Oakland, CA 94607-5200

Counsel to United PacificCare
Karl Block
Loeb & Loeb
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067

Counsel to Presbyterian Intercommunity Hosp.
Mark A. Kadzielski
Andrea M. Valdez
Fulbright & Jaworski L.L.P.
555 S. Flower St., Suite 4100
Los Angeles, CA 90071

Counsel to Presbyterian Intercommunity
Hosp.Michael M. Parker
Fulbright & Jaworski L.L.P.
300 Covent Street, Suite 2200
San Antonio, TX 78205-3792

Counsel to Presbyterian Intercommunity Hosp.
Kevin P. Duthoy
Bewley Lassleben & Miller
13215 E. Penn Street, Suite 510
Whittier, CA 90602

| In re:<br>Downey Regional Medical Center-Hospital, Inc. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-34714-BB |

### NOTE TO USERS OF THIS FORM:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER AUTHORIZING EMPLOYMENT OF HNB CAPITAL LLC AS INVESTMENT BANKER EFFECTIVE AS OF THE PETITION DATE;** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>October    , 2009</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                          **F 9021-1.1**

| In re:<br>Downey Regional Medical Center-Hospital, Inc.　　　　　　　Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 2:09-bk-34714-BB |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**By Court NEF**
Mark A. Kadzielski - mkadzielski@fulbright.com
Andrew M. Valdez - avaldez@fulbright.com
Michael M. Parker - mparker@fulbright.com
Kevin P. Duthoy - kevin.duthoy@bewleylaw.com
Vanessa L Au - vanessaau@paulhastings.com
Mark Bradshaw - mbradshaw@shbllp.com
Martin J Brill - mjb@lnbrb.com
Richard W Brunette - rbrunette@sheppardmullin.com
Russell Clementson - russell.clementson@usdoj.gov
Dawn M Coulson - dcoulson@eyclaw.com
Jeffry A Davis - jadavis@mintz.com
Mark D Houle - mark.houle@pillsburylaw.com
Raffi Khatchadourian - raffi@hemar-rousso.com
William H. Kiekhofer - wkiekhofer@mcguirewoods.com
Randy P Orlik - rorlik@coxcastle.com
Daniel H Reiss - dhr@lnbrb.com
Christopher O Rivas - crivas@reedsmith.com
Nathan A Schultz - schultzn@gtlaw.com
Steven J Schwartz - sschwartz@dgdk.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Edmund G. Brown, Jr., Attorney General of the State of California - wendi.horwitz@doj.ca.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9021-1.1**

In re Downey Regional Medical Center-Hospital, Inc.
Case No. 2:09-bk-34714-BB
2002 Service List

**Debtor**
Downey Regional Medical Center
11500 Brookshire Avenue
Downey, CA 90241-7010

**Debtor's Counsel**
Counsel for Downey Regional Medical Center
Lisa Hill Fenning
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844

**UST**
United States Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Counsel to OCC**
Daniel Reiss
Levene, Neale, Bender, Rankin & Brill
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

Martin J. Brill
Levene, Neale, Bender, Rankin & Brill
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

**Counsel for Blue Cross**
Creim Macias Koenig & Frey LLP
Stuart I. Koenig
633 West 5th Street, 51st Floor
Los Angeles, CA 90071

**Counsel for Siemens Medical Solutions, USA**
Reed Smith LLP
Marsha Houston, Christopher Rivas
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Reed Smith LLP
Claudia Springer
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

**Counsel for Prime Healthcare Management, Inc.**
Shulman Hodges & Bastian LLP
Mark Bradshaw
26632 Towney Centre Dr., Suite 300
Foothill Ranch, CA 92610-2808

**Counsel for Tenet Healthcare Corporation**
Tenet Health Care
Lynn E Iba
1500 South Douglass Road
Anaheim, CA 92806

**Indenture Trustee for Secured Bonds**
California Health Facilities Financing Authority
915 Capitol Mall, Suite 590
Sacramento, CA 95814

**Counsel For Wells Fargo, N.A., Secured Creditor**
William W. Kannel
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo
One Financial Center
Boston, MA 02011

**Counsel For Wells Fargo, N.A., Secured Creditor**
Charles W. Azano
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo
One Financial Center
Boston, MA 02011

**Counsel For Wells Fargo, N.A., Secured Creditor**
Jeffry Davis
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130

Wells Fargo Corporate Trust Services
Attn: Gavin Wilkinson
625 Marquette Avenue
MAC N9311-115
Minneapolis, MN 55479

**Proposed DIP Lender**
Counsel for Healthcare Finance Group
William Kiekhofer
Jodie M. Grotins
McGuireWoods
1800 Century Park East, 8th Fl.
Los Angeles, CA 90067

LA: 566938v6

**Proposed DIP Lender**
Healthcare Finance Group
Robert D. Lynch
199 Water Street, 20th Floor
New York, New York 10038

**Secured Creditor**
Apollo Health Street Inc
2 Broad Street
Bloomfield, NJ 07003

**Counsel for Apollo Health Street, Inc.**
Philip Kraft
Law Office of Mark J. Skapik, APC
250 West First Street, Suite 330
Claremont, CA 91711

**Lienholders of Record**
Alaris Medical System, Inc.
10221 Wateridge CR
San Diego, CA 92121

Bank of the West
9001 East Whittier Boulevard
Pico Rivera, CA 90660

Bank of the West
201 North Civic Drive
Suite 360 B
Walnut Creek, CA 94596

Baxter Healthcare Corporation
Attn: Gail D Alesandro - DF6/3W
1 Baxter Parkway
Deefield, IL 60015

Cadwell Laboratories, Inc.
909 North Kellogg Street
Kennewick, WA 99336

**Lienholders of Record**
Cerner Corp
2800 Rockcreek Parkway
Kansas City, MO 64117-2521

Cisco Systems Capital Corporation
170 West Tasman Drive
MS SJ13-3
San Jose, CA 95134

Cobe Cardiocascular, Inc.
1185 Oak Street
Lakewood, CO 80215-4407

Computer Sales International, Inc.
10845 Olive Boulevard
Suite 300
St. Louis, MO 63141

Computer Sales International, Inc.
9990 Old Olive Street Road
St. Louis, MO 63141

Dade Behring Financial Services
10 Riverview Drive
Danbury, CT 06810

E.I. Du De Nemours & Co
Barley Mill Plaza #24-2224
Wilmington, DE 19807

E.I. Du De Nemours & Co
1007 Market Street
Wilmington, DE 19801

LA568727

**Lienholders of Record**
E.I. Dupont De Nemours & CO
Finance - Credit
CRP728-1330
4417 Lancaster Avenue
Wilmington, DE 19805

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

First Bank of Highland Park
1835 First Street
Highland Park, IL 60035

First Interstate BK of Calif Trustee
707 Wilshire Boulevard
Los Angeles, CA 90017

Graybar Financial Services
201 West Big Beaver Road
Troy, MI 48084

Johnson & Johnson Finance Corporation
501 George Street
New Brunswick, NJ 08901

Lanier Worldwide, Inc.
4667 North Royal Atlanta Drive
Tucker, GA 30084-3802

Leasing Associates of Barrington, Inc.
33 West Higgins Road
Suite 1030
South Barrington, IL 60010

**Lienholders of Record**
Olympus Corp
4 Nevada Drive
Lake Success, NY 11042-1114

Philips Medical Capital LLC
1111 Old Eagle School Road
Wayne, PA 19087

Sanwa Bank
Attn: Rick Lopez, VP
Pico Rivera Office
9001 East Whittier Blvd
Pico Riveria, CA 90660

Sovereign Bank
3 Huntington Quadrangle
Suite 101N
Melville, NY 11747

Terumo Caediovascular System
6200 Jackson Road
Ann Arbor, MI 48103

The BK of Tokyo, Ltd.
640 West Sixth Street
Los Angeles, CA 90017

U.S. Bank National Association
400 City Center
Oshkosh, WI 54901

United California Bank
9001 East Whittier Boulevard
Pico Rivera, CA 90660

LA568727

**Other Interested Parties**
California Department of Public Health
Licensing and Certification
County of Los Angeles District Office
12440 East Imperial Highway, Suite 200
Norwalk, CA 90650

California Department of Public Health
Health Facilities Inspection Division
Branch Chief: James L. Lawson. Ph.D., RN
12440 East Imperial Highway, Suite 522
Norwalk, CA 90650

Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore MD 21244-1850

Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Los Angeles County Tax Assessor
500 W. Temple St. Room 225
Los Angeles, CA 90012-2770

Meyer Christian & Associates
Attn Tim Denton
15061 Springdale Street, Suite 113
Huntington Beach, CA 92649

Office of the Attorney General
State of California
Registry of Charitable Trusts
1300 I Street, Suite 125
Sacramento, CA 95814-2951

**Other Interested Parties**
State of California - Health and Human Services
Medi-Cal
Department of Health Care Services
1501 Capital Avenue
Sacramento, CA 95814-5005

**Request for Special Notice Parties**
Counsel for Applecare Medical Group
Eric Klein
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067

Counsel to Edmund G. Brown, Jr.
Office of the Attorney General
Wendi A. Horwitz
300 S. Spring St., Suite 1702
Los Angeles, CA 90013

Counsel to The Regents of the University of California
Charles F. Robinson and Eric K Behrens
University of Southern California
Office of the General Counsel
111 Franklin Street, 89th Floor
Oakland, CA 94607-5200

Counsel to United PacificCare
Karl Block
Loeb & Loeb
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067

Counsel to Presbyterian Intercommunity Hosp.
Mark A. Kadzielski
Andrea M. Valdez
Fulbright & Jaworski L.L.P.
555 S. Flower St., Suite 4100
Los Angeles, CA 90071

Counsel to Presbyterian Intercommunity Hosp.
Michael M. Parker
Fulbright & Jaworski L.L.P.
300 Covent Street, Suite 2200
San Antonio, TX 78205-3792

Counsel to Presbyterian Intercommunity Hosp.
Kevin P. Duthoy
Bewley Lassleben & Miller
13215 E. Penn Street, Suite 510
Whittier, CA 90602

LA568727