| Attorney or Professional Name, Address, Telephone and FAX<br><br>Martin J. Brill (SBN 53220)<br>Daniel H. Reiss (SBN 150573)<br>LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.<br>10250 Constellation Blvd., Ste. 1700<br>Los Angeles, CA 90067<br>Telephone: 310-229-1234; Fax: 310-229-1244<br>**Counsel for Official Creditors' Committee** | |
|---|---|

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>DOWNEY REGIONAL MEDICAL CENTER-HOSPITAL, INC.<br><br><br>Debtor | Chapter 11 Case Number<br>2:09-BK-34714-BB<br><br>**Professional Fee Statement**<br><br>Number:     3<br>Month of: November 2009 |
|---|---|

| | |
|---|---|
| 1. Name of Professional: | Levene, Neale, Bender, Rankin & Brill L.L.P. |
| 2. Date of entry of order approving employment of the professional: | November 12, 2009<br>Employment effective as of 9/25/2009 |
| 3. Total amount of pre-petition payments received by the professional: | 0 |
| 4. Less: Total amount of pre-petition services rendered and expenses: | 0 |
| 5. Balance of funds remaining on date of filing of petition: | 0 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | $121,168.55 |
| 7. Total amount received pursuant to prior Fee Statements | $27,213.20 |
| 7. Less: Total amount of services and expenses this reporting period: | Fees:     $42,038.00<br>Expenses $1,186.11<br>Total:   $43,224.11 |
| 8. Balance of funds remaining for next reporting period: | $ |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| 9. Total number of pages attached hereto:   17 | |
|---|---|

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated:   December 11, 2009

**Martin J. Brill**
**Levene, Neale, Bender, Rankin & Brill L.L.P.**
**Counsel for Official Creditors' Committee**

Type Name of Professional

Signature of Professional

**L N B R & B**

## LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.

### LAW OFFICES

10250  Constellation  Boulevard,  Suite  1700,  Los Angeles,  CA  90067-6200
Tel: 310-229-1234  Fax: 310-229-1244  Web: www.lnbrb.com  E-Mail: info@lnbrb.com

# PRE BILL

CREDITORS COMMITTEE C/O LOEB & LOEB

KARL E. BLOCK

10100 SANTA MONICA BLVD., STE 2200

LOS ANGELES, CA  90067

|  |  |
|---|---|
|  | 12/11/2009 |

DOWNEY REGIONAL MEDICAL CENTER          MJB
OUR FILE #:    4481

| | |
|---|---|
| BALANCE DUE FROM LAST STATEMENT | $121,168.55 |
| PAYMENT | -$27,213.20 |
| BALANCE FORWARD | $93,955.35 |

PROFESSIONAL SERVICE RENDERED THROUGH          11/30/2009

| | | | |
|---|---|---|---|
| TOTAL PROFESSIONAL HOURS | 78.6 | FEES | $42,038.00 |
| | | TOTAL COSTS | $1,186.11 |
| CURRENT PERIOD TOTAL PROFESSIONAL FEES AND COSTS | | | $43,224.11 |

 

## TOTAL DUE           $137,179.46

# DETAILED ACTIVITIES

**DOWNEY REGIONAL MEDICAL**    12/11/2009    Page #    1

**CASE #    4481**

| | | RATE | HOURS | AMOUN |
|---|---|---|---|---|

11/30/2009

| 1160820 | DHR | 525.00 | | 0 00 |
|---|---|---|---|---|

**Total**    **0.00**

## 02    ASSET DISPOSITION

11/25/2009    CONFERENCE W/ OFFICE ATTORNEY DHR RE POSITION OF HFG RE POSSIBLE SALE OF HOSPITAL

| 1159030 | MJB | 575.00 | 0.2 | 115 00 |
|---|---|---|---|---|

**Total**    **0.2**    **115.00**

## 03    BUSINESS OPERATIONS

11/2/2009    CONFERENCE CALL WITH FTI, DEBTOR, INDENTURE TRUSTEE, DIP LENDER

| 1150692 | DHR | 525.00 | 0.5 | 262 50 |
|---|---|---|---|---|

11/2/2009    ANALYSIS OF CORRESPONDENCE B. LANG RE RECENT FINANCIAL PERFORMANCE.

| 1157498 | DHR | 525.00 | 0.3 | 157 50 |
|---|---|---|---|---|

11/2/2009    ANALYSIS OF DAILY CASH FLOW REPORT.

| 1157501 | DHR | 525.00 | 0.3 | 157 50 |
|---|---|---|---|---|

11/2/2009    ANALYSIS OF EMAIL CORRESPONDENCE FROM LANG RE STATUS OF FINANCIAL REPORTS

| 1157600 | MJB | 575.00 | 0.1 | 57 50 |
|---|---|---|---|---|

11/4/2009    ANALYSIS OF EMAIL CORRESPONDENCE FROM LANG RE AGENDA FOR MEETING WITH DEBTOR AND
EMAIL CORRESPONDENCE RE QUESTIONS RE OPERATIONS

| 1157109 | MJB | 575.00 | 0.2 | 115 00 |
|---|---|---|---|---|

11/5/2009    ANALYSIS OF CORRESPONDENCE FINANCIAL REPORT FROM FENIX.

| 1157527 | DHR | 525.00 | 0.4 | 210 00 |
|---|---|---|---|---|

# DETAILED ACTIVITIES

**DOWNEY REGIONAL MEDICAL**                    **12/11/2009**    **Page #**        **2**

**CASE #        4481**

| | | **RATE** | **HOURS** | **AMOUN** |
|---|---|---|---|---|
| 11/6/2009 | CONFERENCE CALL WITH LANG AND BLOCK RE ISSUES RAISED BY DEBTOR RE BRAND, RE 341(A) MEETING, RE ALTERNATIVE TO REORGANIZATION OF DEBTOR | | | |
| 1159059 | MJB | 575.00 | 0.7 | 402 50 |
| 11/6/2009 | DRAFT E-MAIL TO FENNING RE MEETING WITH DEBTOR AND RE BRAND | | | |
| 1159062 | MJB | 575.00 | 0.1 | 57 50 |
| 11/6/2009 | REVIEW E-MAIL FROM FENNING RE MEETING; RESPOND THERETO | | | |
| 1159077 | MJB | 575.00 | 0.2 | 115 00 |
| 11/9/2009 | ANALYSIS OF DAILY CASH REPORT FROM B. REILLY. | | | |
| 1160133 | DHR | 525.00 | 0.3 | 157 50 |
| 11/9/2009 | ANALYSIS OF E-MAIL FROM LANG RE FINANCIAL DATA FROM DEBTOR | | | |
| 1158039 | MJB | 575.00 | 0.1 | 57 50 |
| 11/10/2009 | ANALYSIS OF EMAIL CORRESPONDENCE TO OCC FROM ATTORNEY REISS RE OMBUDSMAN REPLIES | | | |
| 1157624 | MJB | 575.00 | 0.1 | 57 50 |
| 11/11/2009 | ANALYSIS OF WEEKLY AND DAILY FINANCIAL REPORTS. | | | |
| 1153989 | DHR | 525.00 | 0.4 | 210 00 |
| 11/11/2009 | ANALYSIS OF DOCUMENTS FINANCIAL AND OTHER DOCUMENTS IN PREPARATION FOR MEETING WITH DEBTOR. | | | |
| 1160175 | DHR | 525.00 | 1.7 | 892 50 |
| 11/11/2009 | ANALYSIS OF DAILY CASH REPORT | | | |
| 1157944 | MJB | 575.00 | 0.2 | 115 00 |
| 11/11/2009 | ANALYSIS OF CORRESPONDENCE TO AND FROM FENNING RE CONTI AGREEMENT | | | |
| 1157948 | MJB | 575.00 | 0.1 | 57 50 |
| 11/12/2009 | ANALYSIS OF FTI'S REVENUE CYCLE REPORT IN PREPARATION FOR MEETING WITH FTI AND DEBTOR | | | |
| 1159110 | MJB | 575.00 | 1.0 | 575 00 |

# DETAILED ACTIVITIES

| DOWNEY REGIONAL MEDICAL | | | 12/11/2009 | Page # | 3 |
| CASE #    4481 | | | | | |

| | | RATE | HOURS | AMOUN |
|---|---|---|---|---|
| 11/13/2009 | ANALYSIS OF MULTIPLE DAILY CASH REPORTS. | | | |
| 1160506 | DHR | 525.00 | 0.4 | 210 00 |
| 11/17/2009 | ANALYSIS OF EMAIL CORRESPONDENCE FROM LANG TO FULLER RE INFORMATION REQUESTED BY OCC | | | |
| 1157911 | MJB | 575.00 | 0.1 | 57 50 |
| 11/18/2009 | ANALYSIS OF DAILY CASH/BORROWING BASE REPORT. | | | |
| 1160748 | DHR | 525.00 | 0.2 | 105 00 |
| 11/19/2009 | ANALYSIS OF WEEKLY ANALYSIS OF FINANCIAL INFORMATION PREPARED BY FENIX | | | |
| 1159296 | MJB | 575.00 | 0.3 | 172 50 |
| 11/20/2009 | ANALYSIS OF ENTERED ORDERS ON BAR DATE, RE EMPLOYMENT OF ORDINARY COURSE PROFESSIONALS AND OMNI'S OCTOBER STATEMENT | | | |
| 1159368 | MJB | 575.00 | 0.2 | 115 00 |
| 11/24/2009 | ANALYSIS OF RESUME OF PROPOSED CFO. | | | |
| 1156821 | DHR | 525.00 | 0.2 | 105 00 |
| 11/24/2009 | TELEPHONE CONFERENCE WITH FENNING RE STATUS OF NEW CFO, RE FTI, RE ADDITIONAL BORROWING AND RE NEED FOR PAYMENTS BY PLANS | | | |
| 1159406 | MJB | 575.00 | 0.5 | 287 50 |
| 11/24/2009 | ANALYSIS OF RESUME FOR NEW CFO FOR HOSPITAL; DRAFT E-MAIL TO LANG AND BLOCK RE SAME | | | |
| 1159414 | MJB | 575.00 | 0.2 | 115 00 |
| 11/24/2009 | CONFERENCE CALL WITH LANG AND REISS RE INFO RECEIVED FROM DEBTOR RE CFO, RE PAYMENTS TO DEBTOR AND RE OPERATIONS OF HOSPITAL | | | |
| 1159428 | MJB | 575.00 | 0.7 | 402 50 |
| 11/25/2009 | ANALYSIS OF LATEST FINANCIAL REPORTING. | | | |
| 1157616 | DHR | 525.00 | 0.8 | 420 00 |
| 11/25/2009 | ANALYSIS OF CORRESPONDENCE RE ISSUES WITH OMBUDSMAN AT HOSPITAL | | | |
| 1159033 | MJB | 575.00 | 0.1 | 57 50 |

# DETAILED ACTIVITIES

**DOWNEY REGIONAL MEDICAL**　　　　　　　　　**12/11/2009**　　**Page #**　　**4**

**CASE #**　　　**4481**

|  |  | **RATE** | **HOURS** | **AMOUN** |
|---|---|---|---|---|
| 11/30/2009 | ANALYSIS OF CORRESPONDENCE DEBTOR RE WAGE REDUCTION AND MEASURES BEING TAKEN TO REDUCE EXPENSES. | | | |
| 1157783 | DHR | 525.00 | 0.5 | 262 50 |

|  | **Total** | **10.9** | **5,967.50** |
|---|---|---|---|

## 04　　CASE ADMINISTRATION

| 11/2/2009 | PREPARATION OF CORRESPONDENCE WITH OCC MEMBER RE CASE. | | | |
|---|---|---|---|---|
| 1157492 | DHR | 525.00 | 0.2 | 105 00 |
| 11/2/2009 | ANALYSIS OF BANKRUPTCY SCHEDULES. | | | |
| 1157505 | DHR | 525.00 | 1.6 | 840 00 |
| 11/2/2009 | ANALYSIS OF DEBTOR'S STATUS CONFERENCE REPORT | | | |
| 1157603 | MJB | 575.00 | 0.2 | 115 00 |
| 11/3/2009 | PREPARATION OF CORRESPONDENCE COUNSEL FOR DIP RE MEETING WITH COMMITTEE; REVIEW RELATED REPLY CORRES. | | | |
| 1157517 | DHR | 525.00 | 0.3 | 157 50 |
| 11/3/2009 | ANALYSIS OF STATUS CONFERENCE REPORT FILED BY DEBTOR | | | |
| 1157141 | MJB | 575.00 | 0.2 | 115 00 |
| 11/3/2009 | ANALYSIS OF EMAIL CORRESPONDENCE FROM LANG RE BANKRUPTCY SCHEDULES | | | |
| 1157146 | MJB | 575.00 | 0.1 | 57 50 |
| 11/5/2009 | PREPARATION OF CORRESPONDENCE B. LANG IN PREPARATION FOR UPCOMING MEETING WITH DEBTOR, AND RELATED ANALYSIS OF CORRES. FROM B. LANG. | | | |
| 1157521 | DHR | 525.00 | 0.8 | 420 00 |
| 11/5/2009 | ANALYSIS OF EMAIL CORRESPONDENCE FROM LANG RE DEBTORS REPORT TO OCC #3 AND BENDER REPLY | | | |
| 1157078 | MJB | 575.00 | 0.2 | 115 00 |
| 11/6/2009 | DRAFT MEMO TO COMMITTEE RE RESULTS OF 341(A) MEETING | | | |
| 1159048 | MJB | 575.00 | 1.1 | 632 50 |

# DETAILED ACTIVITIES

**DOWNEY REGIONAL MEDICAL**        12/11/2009    Page #     5

**CASE #**     4481

| | | RATE | HOURS | AMOUN |
|---|---|---|---|---|
| 11/6/2009 | ANALYSIS OF E-MAIL FROM FENNING RE FTI EMPLOYEE RETENTION; E-MAIL COMMITTEE RE SAME | | | |
| 1159078 | MJB | 575.00 | 0.2 | 115 00 |
| 11/9/2009 | ANALYSIS OF FTI INVOICE FOR INTERIM CFO AND TEMPORARY EMPLOYMENT SERVICE. | | | |
| 1160129 | DHR | 525.00 | 0.2 | 105 00 |
| 11/9/2009 | TELEPHONE CONFERENCE WITH B. LANG RE DEBTOR'S FINANCIAL AND LIQUIDITY ISSUES. | | | |
| 1160130 | DHR | 525.00 | 0.4 | 210 00 |
| 11/9/2009 | CONFERENCE CALL WITH B. LANG, L. FENNING RE CFO AND FINANCIAL ISSUES. | | | |
| 1160134 | DHR | 525.00 | 0.8 | 420 00 |
| 11/9/2009 | PREPARATION OF CORRESPONDENCE (MULTIPLE) OCC RE UPCOMING MEETING WITH DEBTOR REPRESENTATIVES. | | | |
| 1160135 | DHR | 525.00 | 1.0 | 525 00 |
| 11/10/2009 | ANALYSIS OF FINAL VERSION OF CONFIDENTIALITY AGREEMENT AND FULL EXECUTION BY OCC | | | |
| 1153726 | DHR | 525.00 | 0.8 | 420 00 |
| 11/10/2009 | PREPARATION OF CORRESPONDENCE DEBTOR RE UPCOMING MEETING WITH OCC. | | | |
| 1153727 | DHR | 525.00 | 0.6 | 315 00 |
| 11/10/2009 | REVISE AGENDA FOR MEETING WITH DEBTOR. | | | |
| 1153993 | DHR | 525.00 | 0.6 | 315 00 |
| 11/10/2009 | PREPARATION OF CORRESPONDENCE L. FENNING RE UPCOMING MEETING WITH OCC. | | | |
| 1160157 | DHR | 525.00 | 0.4 | 210 00 |
| 11/10/2009 | COORDINATE SIGNING OF CONFI'S AND BY-LAWS. | | | |
| 1160158 | DHR | 525.00 | 0.6 | 315 00 |
| 11/10/2009 | PREPARATION FOR MEETING WITH OCC AND DEBTOR REPRESENTATIVES. | | | |
| 1160159 | DHR | 525.00 | 2.4 | 1260 00 |

# DETAILED ACTIVITIES

| DOWNEY REGIONAL MEDICAL | | 12/11/2009 | Page # | 6 |
|---|---|---|---|---|
| CASE #      4481 | | | | |

| | | **RATE** | **HOURS** | **AMOUN** |
|---|---|---|---|---|
| 11/10/2009 | REVIEW REVISED BAR DATE MOTION AND NOTICE. | | | |
| 1160176 | DHR | 525.00 | 0.3 | 157 50 |
| 11/11/2009 | PREPARATION FOR HEARING CHAPTER 11 STATUS CONFERENCE; REVIEW STATUS REPORT. | | | |
| 1153985 | DHR | 525.00 | 0.5 | 262 50 |
| 11/11/2009 | PREPARATION OF CORRESPONDENCE L. FENNING AND H. GARNER RE: MEETING WITH COMMITTEE AND EXECUTED CONFIDENTIALITY AGREEMENT. | | | |
| 1153987 | DHR | 525.00 | 0.3 | 157 50 |
| 11/11/2009 | CONFERENCE W/ OFFICE ATTORNEY AGENDA FOR MEETING WITH DEBTOR. | | | |
| 1153992 | DHR | 525.00 | 0.4 | 210 00 |
| 11/11/2009 | PREPARATION OF CORRESPONDENCE L. FENNING RE MEETING WITH DEBTOR. | | | |
| 1153995 | DHR | 525.00 | 0.1 | 52 50 |
| 11/11/2009 | PREPARATION OF CORRESPONDENCE OCC MEMBERS RE MEETING WITH DEBTOR AND LOCATION. | | | |
| 1160165 | DHR | 525.00 | 0.3 | 157 50 |
| 11/11/2009 | PREPARATION OF AGENDA FOR OCC MEETING WITH DEBTOR. | | | |
| 1160166 | DHR | 525.00 | 1.2 | 630 00 |
| 11/11/2009 | PREPARATION OF CORRESPONDENCE (MULTIPLE) TO DEBTOR'S COUNSEL RE 11/12 MEETING WITH OCC | | | |
| 1160167 | DHR | 525.00 | 0.8 | 420 00 |
| 11/11/2009 | ANALYSIS OF PROPOSED REVISED ORDER | | | |
| 1157969 | MJB | 575.00 | 0.1 | 57 50 |
| 11/12/2009 | PREPARATION FOR MEETING WITH DEBTOR AND COMMITTEE; REVIEW LATEST FINANCIAL REPORTS AND SUMMARY PREP'D BY FENIX. | | | |
| 1154106 | DHR | 525.00 | 1.2 | 630 00 |
| 11/12/2009 | PREPARATION FOR HEARING CH. 11 STATUS CONFERENCE, REJECTION OF KORNEFF CONTRACT, BAR DATE MOTION | | | |
| 1154439 | DHR | 525.00 | 0.8 | 420 00 |

# DETAILED ACTIVITIES

## DOWNEY REGIONAL MEDICAL
## CASE #    4481

12/11/2009      Page #      7

| | | RATE | HOURS | AMOUN |
|---|---|---|---|---|
| 11/12/2009 | APPEARANCE AT HEARING CH. 11 STATUS CONFERENCE, REJECTION OF KORNEFF CONTRACT, BAR DATE MOTION | | | |
| 1154440 | DHR | 525.00 | 1.7 | 892.50 |
| 11/12/2009 | PREPARATION FOR MEETING WITH DEBTOR AND OCC RE OVERALL CASE STATUS. | | | |
| 1154443 | DHR | 525.00 | 1.3 | 682.50 |
| 11/12/2009 | CONFERENCE WITH DEBTOR AND OCC RE OVERALL CASE STATUS; BEFORE AND AFTER MEETINGS WITH COMMITTEE. | | | |
| 1154444 | DHR | 525.00 | 4.5 | 2362.50 |
| 11/13/2009 | TELEPHONE CONFERENCE WITH COMMITTEE MEMBER IN FOLLOW-UP TO MEETING WITH THE DEBTOR | | | |
| 1154446 | DHR | 525.00 | 0.3 | 157.50 |
| 11/16/2009 | PREPARATION OF DRAFT MINUTES OF OCC MEETING. | | | |
| 1160701 | DHR | 525.00 | 0.8 | 420.00 |
| 11/18/2009 | CONFERENCE CALL WITH OCC RE MOTION TO DISMISS. | | | |
| 1160757 | DHR | 525.00 | 0.8 | 420.00 |
| 11/20/2009 | ANALYSIS OF BOND INDENTURE TRUSTEE LEGAL FEE INVOICES. | | | |
| 1160782 | DHR | 525.00 | 0.2 | 105.00 |
| 11/23/2009 | ANALYSIS OF LEGAL BILLS FOR HFG COUNSEL. | | | |
| 1160795 | DHR | 525.00 | 0.2 | 105.00 |
| 11/24/2009 | TELEPHONE CONFERENCE WITH L. FENNING RE UPDATE ON HOSPITAL OPERATIONS, FINANCIAL SITUATION, NEW CFO | | | |
| 1156820 | DHR | 525.00 | 0.5 | 262.50 |
| 11/25/2009 | TELEPHONE CONFERENCE WITH COUNSEL FOR HFG RE DEBTOR'S OPERATING PERFORMANCE. | | | |
| 1157617 | DHR | 525.00 | 0.8 | 420.00 |
| 11/25/2009 | TELEPHONE CONFERENCE WITH L. FENNING RE CURRENT OPERATIONS AND CASE DIRECTION. | | | |
| 1157621 | DHR | 525.00 | 0.8 | 420.00 |

# DETAILED ACTIVITIES

| DOWNEY REGIONAL MEDICAL | 12/11/2009 | Page # | 8 |
|---|---|---|---|

**CASE #   4481**

|  | | **RATE** | **HOURS** | **AMOUN** |
|---|---|---|---|---|
| 11/25/2009 | ANALYSIS OF CORRESPONDENCE FROM FENNING RE BREACH OF CONFIDENTIALITY AGREEMENTS | | | |
| 1159010 | MJB | 575.00 | 0.4 | 230.00 |
| 11/30/2009 | PREPARATION OF CORRESPONDENCE OCC RE UPCOMING MEETING. | | | |
| 1157782 | DHR | 525.00 | 0.3 | 157.50 |
| | | **Total** | **31.3** | **16,557.50** |

## 05   CLAIMS ADMIN. AND OBJECTIONS

| 11/16/2009 | ANALYSIS OF REVISED BAR DATE NOTICE. | | | |
|---|---|---|---|---|
| 1154972 | DHR | 525.00 | 0.1 | 52.50 |
| | | **Total** | **0.1** | **52.50** |

## 07   FEE / EMPLOYMENT APPLICATIONS

| 11/2/2009 | ANALYSIS OF ORDERS ENTERED BY COURT ON EMPLOYMENT APPLICATIONS AND RE PROCEDURE MOTION | | | |
|---|---|---|---|---|
| 1157602 | MJB | 575.00 | 0.2 | 115.00 |
| 11/5/2009 | TELEPHONE CONFERENCE WITH BLOCK RE MEETING WITH DEBTOR RE BRAND'S EMPLOYMENT | | | |
| 1157089 | MJB | 575.00 | 0.4 | 230.00 |
| 11/6/2009 | TELEPHONE CONFERENCE WITH BLOCK RE ISSUE RE BRAND'S EXPANDED EMPLOYMENT | | | |
| 1159061 | MJB | 575.00 | 0.1 | 57.50 |
| 11/9/2009 | ANALYSIS OF STATUS OF LNBRB AND FENIX EMPLOYMENT ORDERS. | | | |
| 1160132 | DHR | 525.00 | 0.2 | 105.00 |
| 11/9/2009 | ANALYSIS OF BDO SEIDMAN EMPLOYMENT APPLICATION. | | | |
| 1160140 | DHR | 525.00 | 0.6 | 315.00 |

# DETAILED ACTIVITIES

| DOWNEY REGIONAL MEDICAL | 12/11/2009 | Page # | 9 |

CASE #    4481

|  | RATE | HOURS | AMOUN' |
|---|---|---|---|
| 11/09/2009 TELEPHONE CONFERENCE WITH COURT CLERK TO DETERMINE STATUS OF ORDERS EMPLOYING LNBRB AND FENIX MANAGEMENT. | | | |
| 1153156    JAB | 195.00 | 0.1 | 19.50 |
| 11/9/2009 (TWO) EMAILS TO B. LANG RE: STATUS OF ORDER EMPLOYING FENIX MANAGEMENT. | | | |
| 1153157    JAB | 195.00 | 0.1 | 19.50 |
| 11/9/2009 ANALYSIS OF E-MAIL FROM LANG RE STATUS OF EMPLOYMENT APPLICATIONS; RESPOND THERETO | | | |
| 1158036    MJB | 575.00 | 0.2 | 115.00 |
| 11/10/2009 PREPARATION OF CORRESPONDENCE OCC RE MCLEOD EMPLOYMENT APPLICATION REPLY AND UPCOMING HEARING AND BDO SEIDMAN EMPLOYMENT APPLICATION. | | | |
| 1160162    DHR | 525.00 | 0.6 | 315.00 |
| 11/10/2009 ANALYSIS OF PLEADINGS RE REPLY BRIEFS TO OCC OPPOSITION TO SAK AND BUCHALTER EMPLOYMENT APPLICATIONS AND E-MAIL TO OCC RE SAME. | | | |
| 1160164    DHR | 525.00 | 0.8 | 420.00 |
| 11/11/2009 PREPARATION FOR HEARING RE MCLEOD EMPLOYMENT APPLICATION; REVIEW TENATIVE RULING. | | | |
| 1153982    DHR | 525.00 | 0.5 | 262.50 |
| 11/11/2009 ANALYSIS OF DEBTORS APPLICATION TO EMPLOY BDO SEIDMAN; DRAFT EMAIL TO OCC RE SAME | | | |
| 1157966    MJB | 575.00 | 0.4 | 230.00 |
| 11/12/2009 REVIEW EMPLOYMENT ORDERS OF FENIX AND LNBRB AS ENTERED. | | | |
| 1154112    DHR | 525.00 | 0.2 | 105.00 |
| 11/13/2009 PREPARATION OF CORRESPONDENCE RE HEARING ON OMBUDSMAN PROFESSIONAL HEARING. | | | |
| 1154447    DHR | 525.00 | 0.2 | 105.00 |
| 11/16/2009 ANALYSIS OF SEPTEMBER/OCTOBER 2009 BILLING FROM FENIX. | | | |
| 1154962    DHR | 525.00 | 0.2 | 105.00 |
| 11/16/2009 ANALYSIS OF COURT TENTATIVE RULING RE OMBUDSMAN EMPLOYMENT. | | | |
| 1154963    DHR | 525.00 | 0.3 | 157.50 |

# DETAILED ACTIVITIES

| DOWNEY REGIONAL MEDICAL | | 12/11/2009 | Page # | 10 |
| --- | --- | --- | --- | --- |
| CASE # | 4481 | | | |

| | | RATE | HOURS | AMOUN |
| --- | --- | --- | --- | --- |
| 11/16/2009 | ANALYSIS OF OMNI OCTOBER MONTHLY BILL. | | | |
| 1154974 | DHR | 525.00 | 0.2 | 105.00 |
| 11/16/2009 | ANALYSIS OF CORRESPONDENCE FROM OCC RE FEEDBACK ON SAK AND BUCHALTER EMPLOYMENT HEARING, RELATED RETURN CORRESPONDENCE. | | | |
| 1160714 | DHR | 525.00 | 0.4 | 210.00 |
| 11/17/2009 | PREPARATION FOR HEARING HEARING RE OBJECTION TO SAK AND BUCHALTER EMPLOYMENT. | | | |
| 1160736 | DHR | 525.00 | 0.8 | 420.00 |
| 11/17/2009 | APPEARANCE AT HEARING RE OBJECTION TO SAK AND BUCHALTER EMPLOYMENT. | | | |
| 1160738 | DHR | 525.00 | 3.1 | 1627.50 |
| 11/17/2009 | SERVICE OF PROFESSIONAL FEE STATEMENT FOR FENIX MANAGEMENT. | | | |
| 1155191 | JAB | 195.00 | 0.2 | 39.00 |
| 11/18/2009 | TELEPHONE CONFERENCE WITH B. LANG (FENIX MANAGEMENT) RE: SERVICE OF PROFESSIONAL FEE STATEMENT AND OBJECTION DEADLINE. | | | |
| 1155400 | JAB | 195.00 | 0.1 | 19.50 |
| 11/19/2009 | EFILE/SERVE PROFESSIONAL FEE STATEMENT NO. 1 FOR FENIX MANAGEMENT PURSUANT TO COMPENSATION ORDER. | | | |
| 1155770 | JAB | 195.00 | 0.2 | 39.00 |
| 11/19/2009 | DRAFT FEE STATEMENT NO. 2 FOR LNBRB | | | |
| 1159309 | MJB | 575.00 | 0.2 | 115.00 |
| 11/19/2009 | ANALYSIS OF ARNOLD & PORTER FEE STATEMENT NO 2 | | | |
| 1159310 | MJB | 575.00 | 0.3 | 172.50 |
| 11/19/2009 | DRAFT CORRESPONDENCE TO FULLER RE PAYMENT OF LNBRB AND FENIX PROFESSIONAL FEES PER STATEMENTS | | | |
| 1159311 | MJB | 575.00 | 0.4 | 230.00 |
| 11/19/2009 | ANALYSIS OF PROPOSED ORDERS FOR SAK AND BUCHALTER NEMER | | | |
| 1159323 | MJB | 575.00 | 0.2 | 115.00 |

# DETAILED ACTIVITIES

**DOWNEY REGIONAL MEDICAL**                                    **12/11/2009**      Page #       **11**

**CASE  #      4481**

|            |                                                                                              | **RATE** | **HOURS** | **AMOUN** |
|------------|----------------------------------------------------------------------------------------------|----------|-----------|-----------|
| 11/20/2009 | PREPARATION OF CORRESPONDENCE OCC RE FORMS OF ORDER RE SAK AND BUCHALTER EMPLOYMENT.          |          |           |           |
| 1160774    | DHR                                                                                           | 525.00   | 0.3       | 157.50    |
| 11/20/2009 | ANALYSIS OF FORMS OF ORDER RE SAK AND BUCHALTER EMPLOYMENT.                                   |          |           |           |
| 1160775    | DHR                                                                                          | 525.00   | 0.2       | 105.00    |
| 11/20/2009 | PREPARATION OF CORRESPONDENCE BUCHALTER RE  EMPLOYMENT ORDERS.                                |          |           |           |
| 1160776    | DHR                                                                                          | 525.00   | 0.1       | 52.50     |
| 11/20/2009 | DRAFT E-MAIL TO DRMC AND COUNSEL RE COMMITTEE PROFESSIONALS' OCTOBER FEE STATEMENTS           |          |           |           |
| 1159358    | MJB                                                                                          | 575.00   | 0.2       | 115.00    |
| 11/20/2009 | ANALYSIS OF FEE REQUEST BY COUNSEL FOR BONDHOLDERS                                            |          |           |           |
| 1159382    | MJB                                                                                          | 575.00   | 0.1       | 57.50     |
| 11/24/2009 | ANALYSIS OF BUCHALTER'S PROFESSIONAL FEE STATEMENT NO. 1                                      |          |           |           |
| 1159442    | MJB                                                                                          | 575.00   | 0.1       | 57.50     |

**Total**                                                     **12.2**       **6,314.00**

**08**  **FEE / EMPLOYMENT OBJECTIONS**

| 11/1/2009  | PREPARATION OF OPPOSITION TO SAK EMPLOYMENT.                                                                                       |        |     |         |
|------------|-----------------------------------------------------------------------------------------------------------------------------------|--------|-----|---------|
| 1150744    | DHR                                                                                                                               | 525.00 | 2.5 | 1312 50 |
| 11/2/2009  | REVISE DRAFT OPPOSITION TO SAK AND DRAFT OPPOSITION TO EMPLOYMENT OF BUCHALTER NEMER                                              |        |     |         |
| 1157595    | MJB                                                                                                                               | 575.00 | 0.4 | 230.00  |
| 11/3/2009  | PREPARATION OF FINAL VERSIONS OF OPPOSITIONS TO BUCHALTER AND SAK EMPLOYMENT.                                                      |        |     |         |
| 1157526    | DHR                                                                                                                               | 525.00 | 2.0 | 1050 00 |
| 11/03/2009 | PREPARATION OF (FINAL) OPPOSITION TO EMPLOYMENT OF SAK MANAGEMENT SERVICES AND LIMITED OPPOSITION TO EMPLOYMENT OF BUCHALTER NEMER; EFILE. |        |     |         |
| 1151072    | JAB                                                                                                                               | 195.00 | 1.2 | 234 00  |

# DETAILED ACTIVITIES

| DOWNEY REGIONAL MEDICAL | 12/11/2009 | Page # | 12 |
| --- | --- | --- | --- |

**CASE #    4481**

| | | RATE | HOURS | AMOUN |
| --- | --- | --- | --- | --- |
| 11/6/2009 | TELEPHONE CONFERENCE WITH SOREF RE OPPOSITION TO FIRM'S EMPLOYMENT AND TO OMBUDSMAN | | | |
| 1159072 | MJB | 575.00 | 0.2 | 115.00 |
| 11/11/2009 | ANALYSIS OF DEBTOR'S REPLY TO L-1 OPPOSITION TO MCCLEOD APPLICATION AND MCCLEOD DECLARATION | | | |
| 1157956 | MJB | 575.00 | 0.4 | 230.00 |
| 11/11/2009 | ANALYSIS OF CORRESPONDENCE FROM HARVEY RE OMBUDSMAN ROLE AND FEES OF SAK AND BUCHALTER | | | |
| 1157958 | MJB | 575.00 | 0.1 | 57.50 |
| 11/11/2009 | ANALYSIS OF REPLY TO LIMITED OPPOSITION TO APPLICATION TO EMPLOY BUCHALTER AS OMBUDSMAN'S COUNSEL | | | |
| 1157973 | MJB | 575.00 | 0.3 | 172.50 |
| 11/11/2009 | ANALYSIS OF REPLY IN SUPPORT OF APPLICATION OF OMBUDSMAN TO EMPLOY SAK MANAGEMENT; DECLARATION OF SUSAN KOENIG | | | |
| 1157975 | MJB | 575.00 | 0.3 | 172.50 |

| | **Total** | | **7.4** | **3,574.00** |
| --- | --- | --- | --- | --- |

## 09 FINANCING

| 11/02/2009 | CONFERENCE CALL WITH FTI, DEBTORS REPRESENTATIVES AND DEBTOR'S COUNSEL, LENDERS COUNSEL AND LANG ET AL RE WEEKLY PRESENTATION RE REVENUE CYCLE | | | |
| --- | --- | --- | --- | --- |
| 1157582 | MJB | 575.00 | 0.5 | 287.50 |
| 11/4/2009 | ANALYSIS OF DAILY CASH REPORT | | | |
| 1157118 | MJB | 575.00 | 0.1 | 57.50 |
| 11/4/2009 | ANALYSIS OF WEEKLY CASH FLOWS AND PROJECTIONS | | | |
| 1157125 | MJB | 575.00 | 0.3 | 172.50 |
| 11/5/2009 | TELEPHONE CONFERENCE WITH FENNING RE ISSUES RE LANG AND STATUS OF DIP FINANCING RE BRAND'S CONTINUED EMPLOYMENT | | | |
| 1157084 | MJB | 575.00 | 0.4 | 230.00 |
| 11/6/2009 | ANALYSIS OF COMMITTEE FINANCIAL REPORT NO. 3 FROM FENIX | | | |
| 1159045 | MJB | 575.00 | 0.4 | 230.00 |

# DETAILED ACTIVITIES

| DOWNEY REGIONAL MEDICAL | | 12/11/2009 | Page # | 13 |
| --- | --- | --- | --- | --- |
| CASE  #   4481 | | | | |

| | | **RATE** | **HOURS** | **AMOUN** |
| --- | --- | --- | --- | --- |
| 11/6/2009 | ANALYSIS OF DAILY CASH REPORT | | | |
| 1159051 | MJB | 575.00 | 0.1 | 57.50 |
| 11/9/2009 | ANALYSIS OF DAILY CASH RECEIPTS | | | |
| 1158048 | MJB | 575.00 | 0.1 | 57.50 |
| 11/11/2009 | ANALYSIS OF REVENUE CYCLE REPORT | | | |
| 1157945 | MJB | 575.00 | 0.2 | 115.00 |
| 11/11/2009 | ANALYSIS OF WEEKLY CASH FLOW STATEMENTS AND RELATED FINANCIAL INFORMATION | | | |
| 1157946 | MJB | 575.00 | 0.3 | 172.50 |
| 11/11/2009 | ANALYSIS OF CORRESPONDENCE FROM COMMITTEE MEMBERS RE REVENUE CYCLE REPORT | | | |
| 1157950 | MJB | 575.00 | 0.2 | 115.00 |
| 11/12/2009 | ANALYSIS OF FINANCIAL REPORT NO. 4 FROM FENIX | | | |
| 1159093 | MJB | 575.00 | 0.4 | 230.00 |
| 11/16/2009 | ANALYSIS OF DAILY CASH REPORT | | | |
| 1157717 | MJB | 575.00 | 0.1 | 57.50 |
| 11/17/2009 | CONFERENCE WITH COUNSEL FOR HFG RE STATUS OF CASE AND POTENTIAL OVERADVANCE TO DEBTOR. | | | |
| 1160727 | DHR | 525.00 | 0.3 | 157.50 |
| 11/17/2009 | ANALYSIS OF DAILY CASH REPORT | | | |
| 1157912 | MJB | 575.00 | 0.1 | 57.50 |
| 11/18/2009 | ANALYSIS OF CORRESPONDENCE FROM FENNING RE NON-MATERIAL MODIFICATION TO DIP FACILITY | | | |
| 1159226 | MJB | 575.00 | 0.1 | 57.50 |
| 11/25/2009 | ANALYSIS OF REVIEW CASH COLLATERAL ORDER RE DEADLINES TO CHALLENGE INDENTURE SECURI D LIEN AND OBTAIN DOCUMENTS. | | | |
| 1157619 | DHR | 525.00 | 0.3 | 157.50 |

# DETAILED ACTIVITIES

**DOWNEY REGIONAL MEDICAL**           12/11/2009    Page #        14

**CASE #        4481**

|  |  | **RATE** | **HOURS** | **AMOUN** |
|---|---|---|---|---|
| 11/30/2009 | ANALYSIS OF E-MAIL FROM LEUNG RE FINANCING INFORMATION AND COMMENTS BY VINOD RE SAME | | | |
| 1158313 | MJB | 575.00 | 0.2 | 115.00 |

**Total**        **4.1**        **2,327.50**

## 11   MEETINGS OF CREDITORS

| | | RATE | HOURS | AMOUN |
|---|---|---|---|---|
| 11/5/2009 | ANALYSIS OF BANKRUPTCY SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS IN PREPARATION FOR 341(A) MEETING OF CREDITORS | | | |
| 1157081 | MJB | 575.00 | 0.8 | 460.00 |
| 11/5/2009 | APPEARANCE AT 341(A) MEETING OF CREDITORS AT US TRUSTEE | | | |
| 1157082 | MJB | 575.00 | 3.0 | 1725.00 |
| 11/5/2009 | TELEPHONE CONFERENCE WITH BLOCK RE RESULTS OF 341(A) MEETING | | | |
| 1157085 | MJB | 575.00 | 0.2 | 115.00 |
| 11/5/2009 | ANALYSIS OF EMAIL CORRESPONDENCE FROM SPRINGER AND LANG RE MEETING WITH DEBTOR AND AGENDA | | | |
| 1157091 | MJB | 575.00 | 0.2 | 115.00 |
| 11/9/2009 | ANALYSIS OF E-MAIL FROM FENNING AND RESPOND RE MEETING | | | |
| 1158035 | MJB | 575.00 | 0.2 | 115.00 |
| 11/9/2009 | CONFERENCE W/ OFFICE ATTORNEY DHR RE MEETING WITH DEBTOR, RE BRAND ISSUES AND RE CFO ISSUES | | | |
| 1158038 | MJB | 575.00 | 0.2 | 115.00 |
| 11/9/2009 | CONFERENCE CALL WITH FENNING AND LANG RE MEETING WITH DEBTOR AND COMMITTEE, RE BRAND'S EXPANDED ROLE AND ISSUES AND RE REVENUE CYCLE REPORT | | | |
| 1158051 | MJB | 575.00 | 0.7 | 402.50 |
| 11/10/2009 | ANALYSIS OF EMAIL CORRESPONDENCE FROM LANG, FENNING AND FULLER RE MEETING WITH DEBTOR AND OCC | | | |
| 1157611 | MJB | 575.00 | 0.2 | 115.00 |
| 11/11/2009 | ANALYSIS OF PROPOSED AGENDA FOR MEETING WITH OCC AND CONFERENCE WITH ATTORNEY REISS RE SAME | | | |
| 1157941 | MJB | 575.00 | 0.2 | 115.00 |

# DETAILED ACTIVITIES

| DOWNEY REGIONAL MEDICAL | | 12/11/2009 | Page # | 15 |
|---|---|---|---|---|
| CASE #   4481 | | | | |

| | | RATE | HOURS | AMOUN |
|---|---|---|---|---|
| 11/12/2009 | TELEPHONE CONFERENCE WITH BLOCK RE MEETING WITH DEBTOR RE OPERATIONS | | | |
| 1159088 | MJB | 575.00 | 0.2 | 115.00 |
| 11/12/2009 | TELEPHONE CONFERENCE WITH GIL BENDER RE MEETING AND AGENDA FOR SAME | | | |
| 1159094 | MJB | 575.00 | 0.2 | 115.00 |
| 11/12/2009 | ANALYSIS OF E-MAIL FROM LANG AND RESPOND; REVIEW OUTLINE FOR MEETING WITH COMMITTEE PREPARED BY LANG | | | |
| 1159101 | MJB | 575.00 | 0.3 | 172.50 |
| 11/12/2009 | TELEPHONE CONFERENCE WITH BLOCK RE MEETING WITH DEBTOR | | | |
| 1159103 | MJB | 575.00 | 0.1 | 57.50 |
| 11/12/2009 | CONFERENCE WITH COMMITTEE, FTI AND DEBTOR RE REVENUE CYCLE REPORT & OPERATIONS; CONF W/LANG AND COMMITTE RE SAME (WITHOUT DEBTOR) AND FTI | | | |
| 1159112 | MJB | 575.00 | 5.5 | 3162.50 |
| 11/17/2009 | ANALYSIS OF EMAIL CORRESPONDENCE FROM SPRINGER RE BY-LAWS AND RESPOND | | | |
| 1157917 | MJB | 575.00 | 0.2 | 115.00 |
| 11/24/2009 | ANALYSIS OF E-MAIL FROM LANG AND RESPOND RE MEETING | | | |
| 1159410 | MJB | 575.00 | 0.1 | 57.50 |
| 11/25/2009 | ANALYSIS OF E-MAIL FROM COMMITTEE MEMBERS RE CONFIDENTIALITY ISSUES; CONF W/DHR RE SAME | | | |
| 1159020 | MJB | 575.00 | 0.1 | 57.50 |

|  | **Total** | **12.4** | **7,130.00** |
|---|---|---|---|

# COSTS  SUMMARY

**12/11/2009**

**DOWNEY REGIONAL**
**FILE #  4481**

| | |
|---|---:|
| REPRODUCTION COSTS | 861.40 |
| TELECOPIER - INCOMING | 0.40 |
| PARKING | 21.15 |
| POSTAGE | 48.23 |
| ATTORNEY SERVICE COSTS | 114.00 |
| WESTLAW RESEARCH | 140.93 |
| **TOTAL COSTS** | **$1,186.11** |

| In re:<br>DOWNEY REGIONAL MEDICAL CENTER-HOSPITAL, INC.,<br>Debtor | Case No. 2:09-bk-34714-BB |
| --- | --- |
| | Chapter 11 |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as PROFESSIONAL FEE STATEMENT, NO. 3 will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 11, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Ralph Ascher    ralphascher@aol.com
- Vanessa L Au    vanessaau@paulhastings.com
- Bruce J Borrus    bborrus@riddellwilliams.com
- Mark Bradshaw    mbradshaw@shbllp.com
- Martin J Brill    mjb@lnbrb.com
- Richard W Brunette    rbrunette@sheppardmullin.com
- Russell Clementson    russell.clementson@usdoj.gov
- Dawn M Coulson    dcoulson@eyclaw.com
- Jeffry A Davis    jadavis@mintz.com
- Lisa Hill Fenning    Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com
- Thomas M Gaa    tgaa@bbslaw.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Mark D Houle    mark.houle@pillsburylaw.com
- Raffi Khatchadourian    raffi@hemar-rousso.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Philip Kraft    pkraft@skapiklaw.com
- Mitchell B Ludwig    mbl@kpclegal.com
- David W. Meadows    david@davidwmeadowslaw.com
- Jane Odonnell    jane.odonnell@doj.ca.gov
- Randy P Orlik    rorlik@coxcastle.com
- Daniel H Reiss    dhr@lnbrb.com
- Christopher O Rivas    crivas@reedsmith.com
- Nathan A Schultz    schultzn@gtlaw.com
- Steven J Schwartz    sschwartz@dgdk.com
- Lori Sinanyan    lsinanyan@jonesday.com
- Randye B. Soref    rsoref@buchalter.com, IFS_filing@buchalter.com
- Bennett L Spiegel    blspiegel@jonesday.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

- Andrea M Valdez    avaldez@fulbright.com
- Annie Verdries    verdries@lbbslaw.com

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity
served): On **December 11, 2009** I served the following person(s) and/or entity(ies) at the last known
address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a
sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service
addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be
completed no later than 24 hours after the document is filed.*

By U.S. mail:
**See attached**

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for
each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 11, 2009** I
served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing
to such service method), by facsimile transmission and/or email as follows.   *Listing the judge here
constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after
the document is filed.*

**Served via Personal Delivery by Attorney Service**
Hon. Sheri Bluebond
U.S. Bankruptcy Court
255 East Temple Street
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true
and correct.

| December 11, 2009 | Marguerite Hardin | /s/ Marguerite Hardin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of
California.

*January 2009*                                    **F 9013-3.1**

**PROFESSIONAL FEE STATEMENTS
SERVICE LIST**

**Downey Regional Medical Center**
Attn: Robert Fuller
11500 Brookshire Ave
Downey, CA 90241-7010

William H. Kiekhofer Esq
**McGuire Woods LLP**
1800 Century Park East
Ste 800
Los Angeles, CA 90067

**Committee Chair-**
Karl Block, Esq.
Loeb & Loeb
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067

Lisa Hill Fenning, Esq.
Harry Garner, Esq.
**Arnold & Porter LLP**
777 S. Figueroa St., 44th Floor
Los Angeles, CA 90017

William W. Kannel, Esq.
**Mintz, Levin, et al.**
One Financial Center
Boston, MA 02111

Russell Clementson, Esq.
**Office of the U.S. Trustee**
725 S. Figueroa St., Ste 2600
Los Angeles, CA 90012

Jeffry A. Davis, Esq.
**Mintz, Levin, et al.**
3580 Carmel Mountain Rd.
Ste 300
San Diego, CA 92130