LISA HILL FENNING (SBN 89238)
HARRY GARNER (SBN 254942)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone:    213.243.4000
Facsimile:    213.243.4199
Lisa.Fenning@aporter.com
Harry.Garner@aporter.com

*Counsel to Debtor and Debtor-in-Possession*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DOWNEY REGIONAL MEDICAL CENTER-HOSPITAL, INC., a California non-profit, public benefit corporation,<br><br>Debtor.<br><br><br>Tax I.D. 95-1903935 | Case No.: 02:09-34714-BB<br><br>Chapter 11<br><br>**NOTICE OF HEARING TO CONSIDER DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT DESCRIBING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION DATED MARCH 14, 2011**<br><br>**Disclosure Statement Hearing**<br><br>Date:  April 19, 2011<br>Time:  10:00 a.m.<br>Ctrm:  Courtroom: 1475<br>          United States Bankruptcy Court<br>          255 E. Temple Street<br>          Los Angeles, CA  90012 |

**TO ALL CREDITORS OF DOWNEY REGIONAL MEDICAL CENTER-HOSPITAL, INC., THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST**:

**PLEASE TAKE NOTICE** that Downey Regional Medical Center-Hospital, Inc., the debtor and debtor-in-possession in the above captioned case (the "**Debtor**" or "**Hospital**") filed with the Court its *First Amended Disclosure Statement Describing Debtor's First Amended Chapter 11 Plan of Reorganization (Dated March 14, 2011)* (the "**Disclosure Statement**").

A hearing has been scheduled on April 19, 2011 at 10:00 a.m. before the United States Bankruptcy Court for the Central District of California, Los Angeles, Division, in Courtroom 1475, located at 255 East Temple Street, Los Angeles, California 90012, to consider the adequacy of the information contained in the Disclosure Statement and to consider any other matter that may properly come before the Court at that time.[1] Section 1125(b) of the United States Bankruptcy Code prohibits the solicitation of an acceptance or rejection of a plan prior to the distribution to creditors and interest holders of a Court-approved disclosure statement.

Pursuant to Federal Rule of Bankruptcy Procedure 3017(a), (i) a copy of the Disclosure Statement is being mailed to the Office of the United States Trustee, the Official Committee of Unsecured Creditors, the Securities and Exchange Commission, and parties that have filed requests for special notice, and (ii) Debtor will serve the Disclosure Statement upon parties who request copies in writing. Any written request should be directed to Debtor's counsel at the address indicated in the upper left-hand corner of page one of this Notice. The Disclosure Statement is also available for inspection at the Clerk's Office, 255 East Temple Street, Los Angeles, California 90012 or at www.omnimgt.com.

Pursuant to Federal Rule of Bankruptcy Procedure 3017(a) and Local Bankruptcy Rule 3017-1, any objections to the Disclosure Statement shall be in writing, filed with the Court and served upon the following parties on or before April 5, 2011: (i) the Office of the United States Trustee, 725 South Figueroa St. 26th Floor, Los Angeles, CA 90012, Attn: Russell Clementson, Esq.; (ii) counsel to Debtor, Arnold & Porter LLP, 777 South Figueroa Street, 44th Floor, Los Angeles, CA 90017, Attn: Lisa Hill Fenning and Harry Garner; and (iii) counsel to the Official Committee of Unsecured Creditors, Levene, Neale, Bender, Rankin & Brill L.L.P., 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067, Attn: Martin J. Brill and Daniel H. Reiss. Any objections not so filed and served may be deemed waived by the Court.

Dated: Los Angeles, California
March 14, 2011

Respectfully Submitted,

/s/ Lisa Hill Fenning
Lisa Hill Fenning (SBN 89238)
Harry Garner (SBN 254942)
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone: 213.243.4000
Facsimile: 213.243.4199

*Counsel to Debtor and Debtor-in-Possession*

---

[1] Such matters may include, but not be limited to, a motion seeking approval of the adequacy of the Disclosure Statement and/or Plan solicitation procedures.