09-34LISA HILL FENNING (SBN 89238)
HARRY GARNER (SBN 254942)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone:   213.243.4000
Facsimile:   213.243.4199
Lisa.Fenning@aporter.com
Harry.Garner@aporter.com

*Counsel to Debtor and Debtor-in-Possession*

FILED & ENTERED

APR 19 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY speters    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DOWNEY REGIONAL MEDICAL CENTER-HOSPITAL, INC., a California non-profit, public benefit corporation,<br><br>Debtor.<br><br><br>Tax I.D. 95-1903935 | Case No.: 09-bk-34714-BB<br><br>Chapter 11<br><br>**ORDER FURTHER EXTENDING THE EXCLUSIVE PERIOD DURING WHICH DEBTOR MAY SOLICIT ACCEPTANCES OF CHAPTER 11 PLAN**<br><br>HEARING<br>DATE:  March 23, 2011<br>TIME:   10:00 a.m.<br>PLACE: Courtroom 1475<br>United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

Upon the fifth motion (the "**Motion**") of Downey Regional Medical Center-Hospital, Inc. (the "**Hospital**" or the "**Debtor**") for entry of an order (this "**Order**") extending the exclusive periods during which Debtor may solicit acceptances of a Chapter 11 plan; and upon the Declaration of Robert E. Fuller; and the Court having read and considered the Motion and having heard statements in support of the Motion at a hearing held before the Court (the "**Hearing**"); and the Court having noted that due and sufficient notice of the Motion under the circumstances was

given to all parties in interest entitled to notice; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits, it is hereby ORDERED THAT:

1.  The Motion is granted.

2.  The exclusive period within which Debtor may solicit acceptances of a plan under Bankruptcy Code sections 1121(c)(3) shall be, and is hereby, extended through and including **May 14, 2011.**

3.  This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

####

DATED: April 19, 2011

_____
United States Bankruptcy Judge

| In re:<br>Downey Regional Medical Center-Hospital, Inc.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:09-bk-34714-BB |
|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16501 Ventura Boulevard, Suite 440, Encino, California, 91436-2068.

A true and correct copy of the foregoing document described as **[PROPOSED] ORDER FURTHER EXTENDING THE EXCLUSIVE PERIOD DURING WHICH DEBTOR MAY SOLICIT ACCEPTANCES OF CHAPTER 11 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 24, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):

On February 24, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 24, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
United States Bankruptcy Court
255 E. Temple Street, Ctrm. 1475
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 02/24/2011 | Mario Diaz | /s/ Mario Diaz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: | | CHAPTER: 11 |
|---|---|---|
| Downey Regional Medical Center-Hospital, Inc. | | |
| | Debtor(s). | CASE NUMBER: 2:09-bk-34714-BB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**By Court NEF**

Ralph Ascher – ralphascher@aol.com
Vanessa L. Au – vanessaau@paulhastings.com
Richard D. Burstein – rburstein@ebg-law.com
Bruce J. Borrus – bborrus@riddellwilliams.com
Mark Bradshaw – mbradshaw@shbllp.com
Martin J. Brill – mjb@lnbrb.com
Richard W. Brunette – rbrunette@sheppardmullin.com
Richard D. Burnstein – rburstein@ebg-law.com
Russell Clementson – russell.clementson@usdoj.gov
Dawn M. Coulson – dcoulson@eyclaw.com
Jeffry A Davis – jadavis@mintz.com
Joseph R Dunn – jrdunn@mintz.com, dsjohnson@mintz.com, kjenckes@mintz.com
Lisa Hill Fenning – lisa.fenning@aporter.com
Keith D. Fraser – kfraser@cblh.com
Thomas M. Gaa – tgaa@bbslaw.com
Paul R. Glassman – glassmanp@gtlaw.com
Irving M. Gross  – img@lnbrb.com
Jodie M. Grotins – jgrotins@mcguirewoods.com
Brian T. Harvey – bharvey@buchalter.com
Michael J. Heyman – michael.heyman@klgates.com
Mark D. Houle – mark.houle@pillsburylaw.com
Ivan L. Kallick – ikallick@manatt.com, ihernandez@manatt.com
Raffi Khatchadourian – raffi@hemar-rousso.com
William H. Kiekhofer – wkiekhofer@mcguirewoods.com
Stuart I Koenig – Skoenig@cmkllp.com
Mitchell B Ludwig – mbl@kpclegal.com
Frank F. McGinn – ffm@bostonbusinesslaw.com
Byron Z. Moldo – bzmoldo@ecjlaw.com
Jane O'Donnell – jane.odonnell@doj.ca.gov
Randy P. Orlik – rorlik@coxcastle.com
Christopher E. Prince – cprince@lesnickprince.com
Nikhila Raj –nraj@fulbright.com
Daniel H. Reiss – dhr@lnbrb.com
Christopher O. Rivas – crivas@reedsmith.com
Johanna A Sanchez – jasanchez@lbbslaw.com
Nathan A. Schultz – schultzn@gtlaw.com
Steven J. Schwartz – sschwartz@dgdk.com
Nada I. Shamonki – nshamonki@mintz.com
Randye B. Soref – rsoref@buchalter.com
Adam M. Starr– starra@gtlaw.com
Derrick Talerico – dtalerico@loeb.com, kpresson@loeb.com, ljurich@loeb.com
David P. Tonner – operations@blueheroncapital.com
United States Trustee (LA) – ustpregion16.la.ecf@usdoj.gov
Andrew M. Valdez – avaldez@fulbright.com
Annie Verdries – verdries@lbbslaw.com
David Weinstein – david.weinstein@hro.com
Michael S Winsten – mike@winsten.com
Douglas Wolfe – dwolf@amscapital.com

**In re Downey Regional Medical Center-Hospital, Inc.**
**Case No. 2:09-bk-34714-BB**
**2002 Service List**

| | |
|---|---|
| **Debtor**<br>Downey Regional Medical Center<br>11500 Brookshire Avenue<br>Downey, CA 90241-7010 | **Counsel for Prime Healthcare Management, Inc.**<br>Shulman Hodges & Bastian LLP<br>Mark Bradshaw<br>26632 Towne Centre Dr., Suite 300<br>Foothill Ranch, CA  92610-2808 |
| **Debtor's Counsel**<br>Counsel for Downey Regional Medical Center<br>Lisa Hill Fenning<br>Arnold & Porter LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844 | **Counsel for Tenet Healthcare Corporation**<br>Tenet Health Care<br>Lynn E Iba<br>1500 South Douglass Road<br>Anaheim, CA  92806 |
| **UST**<br>Russell Clementson<br>United States Trustee<br>725 South Figueroa Street. 26th Floor<br>Los Angeles, CA 90017 | **Indenture Trustee for Secured Bonds**<br>California Health Facilities Financing Authority<br>915 Capitol Mall, Suite 590<br>Sacramento, CA 95814 |
| **Counsel to OCC**<br>Daniel Reiss<br>Levene, Neale, Bender, Rankin & Brill<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA  90067 | **Counsel For Wells Fargo, N.A., Secured Creditor**<br>William W. Kannel<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo<br>One Financial Center<br>Boston, MA 02011 |
| Martin J. Brill<br>Levene, Neale, Bender, Rankin & Brill<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA  90067 | **Counsel For Wells Fargo, N.A., Secured Creditor**<br>Charles W. Azano<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo<br>One Financial Center<br>Boston, MA 02011 |
| **Counsel for Blue Cross**<br>Creim Macias Koenig & Frey LLP<br>Stuart I. Koenig<br>633 West 5th Street, 51st Floor<br>Los Angeles, CA 90071 | **Counsel For Wells Fargo, N.A., Secured Creditor**<br>Jeffry Davis<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA  92130 |
| **Counsel for Siemens Medical Solutions, USA**<br>Reed Smith LLP<br>Marsha Houston, Christopher Rivas<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA  90071 | Wells Fargo Corporate Trust Services<br>Attn: Gavin Wilkinson<br>625 Marquette Avenue<br>MAC N9311-115<br>Minneapolis, MN 55479 |
| **Counsel for Siemens Medical Solutions, USA**<br>Reed Smith LLP<br>Claudia Springer<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA  19103 | **Counsel for Healthcare Finance Group**<br>William Kiekhofer<br>Jodie M. Grotins<br>McGuireWoods<br>1800 Century Park East, 8th Fl.<br>Los Angeles, CA 90067 |

| | |
|---|---|
| | **Lienholders of Record**<br>Cerner Corp<br>2800 Rockcreek Parkway<br>Kansas City, MO  64117-2521 |
| **Secured Creditor**<br>Apollo Health Street Inc<br>2 Broad Street<br>Bloomfield, NJ  07003 | Cisco Systems Capital Corporation<br>170 West Tasman Drive<br>MS SJ13-3<br>San Jose, CA  95134 |
| **Counsel for Apollo Health Street, Inc.**<br>David R. Weinsten<br>Sharon Weiss<br>Holme, Roberts & Owen LLP<br>800 West Olympic Blvd., 45th Floor<br>Los Angeles, CA  90015 | Computer Sales International, Inc.<br>10845 Olive Boulevard<br>Suite 300<br>St. Louis, MO  63141 |
| **Lienholders of Record**<br>Alaris Medical System, Inc.<br>10221 Wateridge CR<br>San Diego, CA  92121 | Computer Sales International, Inc.<br>9990 Old Olive Street Road<br>St. Louis, MO  63141 |
| Bank of the West<br>9001 East Whittier Boulevard<br>Pico Rivera, CA  90660 | Dade Behring Financial Services<br>10 Riverview Drive<br>Danbury, CT 06810 |
| Bank of the West<br>201 North Civic Drive<br>Suite 360 B<br>Walnut Creek, CA  94596 | U.S. Bank National Association<br>400 City Center<br>Oshkosh, WI  54901 |
| Baxter Healthcare Corporation<br>Attn: Gail D Alesandro - DF6/3W<br>One Baxter Parkway<br>Deerfield, IL  60015 | United California Bank<br>9001 East Whittier Boulevard<br>Pico Rivera, CA  90660 |
| Cadwell Laboratories, Inc.<br>909 North Kellogg Street<br>Kennewick, WA  99336 | United California Bank<br>9001 East Whittier Boulevard<br>Pico Rivera, CA  90660 |

| | |
|---|---|
| **Lienholders of Record**<br>E.I. Dupont De Nemours & CO<br>Susan Herr<br>Legal Department<br>1007 Market Street<br>D8052-2 Legal<br>Wilmington, DE  19898 | **Lienholders of Record**<br>Olympus Corp<br>4 Nevada Drive<br>Lake Success, NY 1 1042-1114 |
| Employment Development Department<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA  94280-0001 | Philips Medical Capital LLC<br>1111 Old Eagle School Road<br>Wayne, PA  19087 |
| First Bank of Highland Park<br>1835 First Street<br>Highland Park, IL 60035 | Sanwa Bank<br>Attn: Rick Lopez, VP<br>Pico Rivera Office<br>9001 East Whittier Blvd<br>Pico Rivera, CA 90660 |
| First Interstate BK of Calif Trustee<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017 | Sovereign Bank<br>3 Huntington Quadrangle<br>Suite 101N<br>Melville, NY 11747 |
| Graybar Financial Services<br>201 West Big Beaver Road<br>Troy, MI 48084 | Terumo Cardiovascular System<br>6200 Jackson Road<br>Ann Arbor, MI 48103 |
| Johnson & Johnson Finance Corporation<br>501 George Street<br>New Brunswick, NJ 08901 | The BK of Tokyo, Ltd.<br>Legal Department<br>1251 Avenue of the Americas<br>New York, NY  10020 |
| Lanier Worldwide, Inc.<br>4667 North Royal Atlanta Drive<br>Tucker, GA 30084-3802 | |
| Leasing Associates of Barrington, Inc.<br>33 West Higgins Road<br>Suite 1030<br>South Barrington, IL 60010 | |

| | |
|---|---|
| **Other Interested Parties**<br>California Department of Public Health<br>Licensing and Certification<br>County of Los Angeles District Office<br>12440 East Imperial Highway, Suite 200<br>Norwalk, CA 90650 | **Other Interested Parties**<br>State of California - Health and Human Services Agency<br>Medi-Cal<br>Department of Health Care Services<br>1501 Capital Avenue<br>Sacramento, CA 95814-5005 |
| California Department of Public Health<br>Health Facilities Inspection Division<br>Branch Chief: James L. Lawson. Ph.D., RN<br>12440 East Imperial Highway, Suite 522<br>Norwalk, CA 90650 | Centers for Medicare & Medicaid Services<br>7500 Security Boulevard<br>Baltimore MD 21244-1850 |
| Franchise Tax Board<br>Attention: Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Los Angeles County Tax Assessor<br>500 W. Temple St. Room 225<br>Los Angeles, CA 90012-2770 | Meyer Christian & Associates<br>Attn Tim Denton<br>15061 Springdale Street, Suite 113<br>Huntington Beach, CA 92649 |
| Office of the Attorney General<br>State of California<br>Registry of Charitable Trusts<br>1300 I Street, Suite 125<br>Sacramento, CA 95814-2951 | **Auditor**<br>BDO Seidman, LLP<br>3200 Bristol St., 4th Floor<br>Costa Mesa, CA 92626 |
| **Special Counsel to Debtor**<br>Pamela S. Kaufman<br>Hanson & Bridgett LLP<br>425 Market St., 26th Fl.<br>San Francisco, CA 94105 | **Financial Advisor to OCC**<br>Fenix Management LLC<br>1874 S. Pacific Coast Hwy, #378<br>Redondo Beach, CA 90277 |
| **Patient Care Ombudsman**<br>Susan Koenig<br>SAK Management Services, LLC<br>4055 W. Peterson Avenue, Suite 101<br>Chicago, IL 60646 | **Special Litigation Counsel to Debtor**<br>David McLeod<br>McLeod, Witham & Flynn LLP<br>707 Wilshire Blvd., Suite 4125<br>Los Angeles, CA 90017 |
| | |

| Request for Special Notice Parties | Request for Special Notice Parties |
|---|---|
| **Counsel to Suzanne Koenig Patient Care Ombudsman**<br>Buchalter Nemer<br>Randy Soref<br>Brian Harvey<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA  90017 | **Counsel for Applecare Medical Group**<br>Eric Klein<br>Sheppard Mullin Richter & Hampton LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067 |
| **Counsel to The Regents of the Univ. of California**<br>Charles F. Robinson and Eric K Behrens<br>University of Southern California<br>Office of the General Counsel<br>111 Franklin Street, 89th Floor<br>Oakland, CA  94607-5200 | **Counsel to Blythe Ventures, Inc. dba Windsor Gardens of Long Beach**<br>Alexander Merino<br>Merino Yebri LLP<br>1880 Century Park East<br>Suite 1100<br>Los Angeles, CA  90067 |
| **Counsel to United PacificCare**<br>Karl Block<br>Loeb & Loeb<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles, CA  90067 | **Counsel to Edmund G. Brown, Jr.**<br>Office of the Attorney General<br>Wendi A. Horwitz<br>300 S. Spring St., Suite 1702<br>Los Angeles, CA  90013 |
| **Counsel to Cisco Systems Capital Corporation**<br>Lawrence M. Schwab<br>Gaye Nell Heck<br>Bialson, Bergen & Schwab<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA  94306 | **Counsel to Presbyterian Intercommunity Hospital**<br>Mark Kadzielski & Andrea Valdez<br>Fulbright & Jaworski LLP<br>555 South Flower Street, Suite 4100<br>Los Angeles, CA  90071 |
| **Counsel to Stephen Wen & Associates Architects**<br>Stephen W. Reed<br>Reed & Brown LLP<br>35 N. Lake Avenue, Suite 960<br>Pasadena, CA  91101-1819 | **Counsel to Presbyterian Intercommunity Hospital**<br>Michael Parker<br>Fulbright & Jaworski LLP<br>300 Covent Street, Suite 2200<br>San Antonio, TX  78205-3792 |
| **Counsel to Philips Healthcare**<br>Bruce J. Borrus<br>Riddell Williams p.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA  98154 | **Counsel to Presbyterian Intercommunity Hospital**<br>Kevin Duthoy<br>Bewley Lassleben & Miller<br>13215 E. Penn Street, Suite 510<br>Whittier, CA  90602 |
| **Counsel to Health Facilities Financing Authority**<br>Jane O'Donnell, Deputy Attorney General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA  94244 | Ricoh Business Solutions<br>c/o Ikon Office Solutions<br>Recovery & Bankruptcy Group<br>3920 Arkwright Road, Suite 400<br>Macon, GA  31210 |
| **Counsel to National Fire & Marine Ins. Co.**<br>Sonnenschein Nath & Rosenthal LLP<br>Robert B. Miller<br>Stefanie L. Wowchuk<br>233 S. Wacker, Suite 7800<br>Chicago, IL  60606 | **Counsel to National Fire & Marine Ins. Co.**<br>Lesnick Prince LLP<br>Christopher E. Prince<br>185 Pier Avenue, Suite 103<br>Santa Monica, CA  90405 |

| **Counsel to MidCap Financial LLC**<br>**VEDDER PRICE P.C.**<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Attention: Michael J. Edelman, Esq. | **Counsel to MidCap Financial LLC**<br>**VEDDER PRICE P.C.**<br>222 North LaSalle Street, Suite 2600<br>Chicago, Illinois 60601<br>Attention: Paul Hoffman, Esq. |
|---|---|
| **Counsel to MidCap Financial LLC**<br>**ARENT FOX LLP**<br>Gas Company Tower<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br>Attention: Aram Ordubegian, Esq. | |

| In re:<br>Downey Regional Medical Center-Hospital, Inc. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-34714-BB |

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER FURTHER EXTENDING THE EXCLUSIVE PERIOD DURING WHICH DEBTOR MAY SOLICIT ACCEPTANCES OF CHAPTER 11 PLAN** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of February ___, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

| In re:<br>Downey Regional Medical Center-Hospital, Inc.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:09-bk-34714-BB |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**By Court NEF**

Ralph Ascher – ralphascher@aol.com
Vanessa L. Au – vanessaau@paulhastings.com
Richard D. Burstein – rburstein@ebg-law.com
Bruce J. Borrus – bborrus@riddellwilliams.com
Mark Bradshaw – mbradshaw@shbllp.com
Martin J. Brill – mjb@lnbrb.com
Richard W. Brunette – rbrunette@sheppardmullin.com
Richard D. Burnstein – rburstein@ebg-law.com
Russell Clementson – russell.clementson@usdoj.gov
Dawn M. Coulson – dcoulson@eyclaw.com
Jeffry A Davis – jadavis@mintz.com
Joseph R Dunn – jrdunn@mintz.com, dsjohnson@mintz.com, kjenckes@mintz.com
Lisa Hill Fenning – lisa.fenning@aporter.com
Keith D. Fraser – kfraser@cblh.com
Thomas M. Gaa – tgaa@bbslaw.com
Paul R. Glassman – glassmanp@gtlaw.com
Irving M. Gross  – img@lnbrb.com
Jodie M. Grotins – jgrotins@mcguirewoods.com
Brian T. Harvey – bharvey@buchalter.com
Michael J. Heyman – michael.heyman@klgates.com
Mark D. Houle – mark.houle@pillsburylaw.com
Ivan L. Kallick – ikallick@manatt.com, ihernandez@manatt.com
Raffi Khatchadourian – raffi@hemar-rousso.com
William H. Kiekhofer – wkiekhofer@mcguirewoods.com
Stuart I Koenig – Skoenig@cmkllp.com
Mitchell B Ludwig – mbl@kpclegal.com
Frank F. McGinn – ffm@bostonbusinesslaw.com
Byron Z. Moldo – bzmoldo@ecjlaw.com
Jane O'Donnell – jane.odonnell@doj.ca.gov
Randy P. Orlik – rorlik@coxcastle.com
Christopher E. Prince – cprince@lesnickprince.com
Nikhila Raj –nraj@fulbright.com
Daniel H. Reiss – dhr@lnbrb.com
Christopher O. Rivas – crivas@reedsmith.com
Johanna A Sanchez – jasanchez@lbbslaw.com
Nathan A. Schultz – schultzn@gtlaw.com
Steven J. Schwartz – sschwartz@dgdk.com
Nada I. Shamonki – nshamonki@mintz.com
Randye B. Soref – rsoref@buchalter.com
Adam M. Starr– starra@gtlaw.com
Derrick Talerico – dtalerico@loeb.com, kpresson@loeb.com, ljurich@loeb.com
David P. Tonner – operations@blueheroncapital.com
United States Trustee (LA) – ustpregion16.la.ecf@usdoj.gov
Andrew M. Valdez – avaldez@fulbright.com
Annie Verdries – verdries@lbbslaw.com
David Weinstein – david.weinstein@hro.com
Michael S Winsten – mike@winsten.com
Douglas Wolfe – dwolf@amscapital.com

**In re Downey Regional Medical Center-Hospital, Inc.**
**Case No. 2:09-bk-34714-BB**
**2002 Service List**

| | |
|---|---|
| **Debtor**<br>Downey Regional Medical Center<br>11500 Brookshire Avenue<br>Downey, CA 90241-7010 | **Counsel for Prime Healthcare Management, Inc.**<br>Shulman Hodges & Bastian LLP<br>Mark Bradshaw<br>26632 Towne Centre Dr., Suite 300<br>Foothill Ranch, CA  92610-2808 |
| **Debtor's Counsel**<br>Counsel for Downey Regional Medical Center<br>Lisa Hill Fenning<br>Arnold & Porter LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844 | **Counsel for Tenet Healthcare Corporation**<br>Tenet Health Care<br>Lynn E Iba<br>1500 South Douglass Road<br>Anaheim, CA  92806 |
| **UST**<br>Russell Clementson<br>United States Trustee<br>725 South Figueroa Street. 26th Floor<br>Los Angeles, CA 90017 | **Indenture Trustee for Secured Bonds**<br>California Health Facilities Financing Authority<br>915 Capitol Mall, Suite 590<br>Sacramento, CA 95814 |
| **Counsel to OCC**<br>Daniel Reiss<br>Levene, Neale, Bender, Rankin & Brill<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA  90067 | **Counsel For Wells Fargo, N.A., Secured Creditor**<br>William W. Kannel<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo<br>One Financial Center<br>Boston, MA 02011 |
| Martin J. Brill<br>Levene, Neale, Bender, Rankin & Brill<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA  90067 | **Counsel For Wells Fargo, N.A., Secured Creditor**<br>Charles W. Azano<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo<br>One Financial Center<br>Boston, MA 02011 |
| **Counsel for Blue Cross**<br>Creim Macias Koenig & Frey LLP<br>Stuart I. Koenig<br>633 West 5th Street, 51st Floor<br>Los Angeles, CA 90071 | **Counsel For Wells Fargo, N.A., Secured Creditor**<br>Jeffry Davis<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA  92130 |
| **Counsel for Siemens Medical Solutions, USA**<br>Reed Smith LLP<br>Marsha Houston, Christopher Rivas<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA  90071 | Wells Fargo Corporate Trust Services<br>Attn: Gavin Wilkinson<br>625 Marquette Avenue<br>MAC N9311-115<br>Minneapolis, MN 55479 |
| **Counsel for Siemens Medical Solutions, USA**<br>Reed Smith LLP<br>Claudia Springer<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA  19103 | **Counsel for Healthcare Finance Group**<br>William Kiekhofer<br>Jodie M. Grotins<br>McGuireWoods<br>1800 Century Park East, 8th Fl.<br>Los Angeles, CA 90067 |

|  | **Lienholders of Record**<br>Cerner Corp<br>2800 Rockcreek Parkway<br>Kansas City, MO  64117-2521 |
|---|---|
| **Secured Creditor**<br>Apollo Health Street Inc<br>2 Broad Street<br>Bloomfield, NJ  07003 | Cisco Systems Capital Corporation<br>170 West Tasman Drive<br>MS SJ13-3<br>San Jose, CA  95134 |
| **Counsel for Apollo Health Street, Inc.**<br>David R. Weinsten<br>Sharon Weiss<br>Holme, Roberts & Owen LLP<br>800 West Olympic Blvd., 45th Floor<br>Los Angeles, CA  90015 | Computer Sales International, Inc.<br>10845 Olive Boulevard<br>Suite 300<br>St. Louis, MO  63141 |
| **Lienholders of Record**<br>Alaris Medical System, Inc.<br>10221 Wateridge CR<br>San Diego, CA  92121 | Computer Sales International, Inc.<br>9990 Old Olive Street Road<br>St. Louis, MO  63141 |
| Bank of the West<br>9001 East Whittier Boulevard<br>Pico Rivera, CA  90660 | Dade Behring Financial Services<br>10 Riverview Drive<br>Danbury, CT 06810 |
| Bank of the West<br>201 North Civic Drive<br>Suite 360 B<br>Walnut Creek, CA  94596 | U.S. Bank National Association<br>400 City Center<br>Oshkosh, WI  54901 |
| Baxter Healthcare Corporation<br>Attn: Gail D Alesandro - DF6/3W<br>One Baxter Parkway<br>Deerfield, IL  60015 | United California Bank<br>9001 East Whittier Boulevard<br>Pico Rivera, CA  90660 |
| Cadwell Laboratories, Inc.<br>909 North Kellogg Street<br>Kennewick, WA  99336 | United California Bank<br>9001 East Whittier Boulevard<br>Pico Rivera, CA  90660 |

| | |
|---|---|
| **Lienholders of Record**<br>E.I. Dupont De Nemours & CO<br>Susan Herr<br>Legal Department<br>1007 Market Street<br>D8052-2 Legal<br>Wilmington, DE  19898 | **Lienholders of Record**<br>Olympus Corp<br>4 Nevada Drive<br>Lake Success, NY 1 1042-1114 |
| Employment Development Department<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA  94280-0001 | Philips Medical Capital LLC<br>1111 Old Eagle School Road<br>Wayne, PA  19087 |
| First Bank of Highland Park<br>1835 First Street<br>Highland Park, IL 60035 | Sanwa Bank<br>Attn: Rick Lopez, VP<br>Pico Rivera Office<br>9001 East Whittier Blvd<br>Pico Rivera, CA 90660 |
| First Interstate BK of Calif Trustee<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017 | Sovereign Bank<br>3 Huntington Quadrangle<br>Suite 101N<br>Melville, NY 11747 |
| Graybar Financial Services<br>201 West Big Beaver Road<br>Troy, MI 48084 | Terumo Cardiovascular System<br>6200 Jackson Road<br>Ann Arbor, MI 48103 |
| Johnson & Johnson Finance Corporation<br>501 George Street<br>New Brunswick, NJ 08901 | The BK of Tokyo, Ltd.<br>Legal Department<br>1251 Avenue of the Americas<br>New York, NY  10020 |
| Lanier Worldwide, Inc.<br>4667 North Royal Atlanta Drive<br>Tucker, GA 30084-3802 | |
| Leasing Associates of Barrington, Inc.<br>33 West Higgins Road<br>Suite 1030<br>South Barrington, IL 60010 | |

| | |
|---|---|
| **Other Interested Parties**<br>California Department of Public Health<br>Licensing and Certification<br>County of Los Angeles District Office<br>12440 East Imperial Highway, Suite 200<br>Norwalk, CA 90650 | **Other Interested Parties**<br>State of California - Health and Human Services Agency<br>Medi-Cal<br>Department of Health Care Services<br>1501 Capital Avenue<br>Sacramento, CA 95814-5005 |
| California Department of Public Health<br>Health Facilities Inspection Division<br>Branch Chief: James L. Lawson. Ph.D., RN<br>12440 East Imperial Highway, Suite 522<br>Norwalk, CA 90650 | Centers for Medicare & Medicaid Services<br>7500 Security Boulevard<br>Baltimore MD 21244-1850 |
| Franchise Tax Board<br>Attention: Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Los Angeles County Tax Assessor<br>500 W. Temple St. Room 225<br>Los Angeles, CA 90012-2770 | Meyer Christian & Associates<br>Attn Tim Denton<br>15061 Springdale Street, Suite 113<br>Huntington Beach, CA  92649 |
| Office of the Attorney General<br>State of California<br>Registry of Charitable Trusts<br>1300 I Street, Suite 125<br>Sacramento, CA  95814-2951 | **Auditor**<br>BDO Seidman, LLP<br>3200 Bristol St., 4th Floor<br>Costa Mesa, CA  92626 |
| **Special Counsel to Debtor**<br>Pamela S. Kaufman<br>Hanson & Bridgett LLP<br>425 Market St., 26th Fl.<br>San Francisco, CA  94105 | **Financial Advisor to OCC**<br>Fenix Management LLC<br>1874 S. Pacific Coast Hwy, #378<br>Redondo Beach, CA  90277 |
| **Patient Care Ombudsman**<br>Susan Koenig<br>SAK Management Services, LLC<br>4055 W. Peterson Avenue, Suite 101<br>Chicago, IL  60646 | **Special Litigation Counsel to Debtor**<br>David McLeod<br>McLeod, Witham & Flynn LLP<br>707 Wilshire Blvd., Suite 4125<br>Los Angeles, CA  90017 |
| | |

| **Request for Special Notice Parties**<br><br>**Counsel to Suzanne Koenig Patient Care Ombudsman**<br>Buchalter Nemer<br>Randy Soref<br>Brian Harvey<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA  90017 | **Request for Special Notice Parties**<br><br>**Counsel for Applecare Medical Group**<br>Eric Klein<br>Sheppard Mullin Richter & Hampton LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067 |
|---|---|
| **Counsel to The Regents of the Univ. of California**<br>Charles F. Robinson and Eric K Behrens<br>University of Southern California<br>Office of the General Counsel<br>111 Franklin Street, 89th Floor<br>Oakland, CA  94607-5200 | **Counsel to Blythe Ventures, Inc. dba Windsor Gardens of Long Beach**<br>Alexander Merino<br>Merino Yebri LLP<br>1880 Century Park East<br>Suite 1100<br>Los Angeles, CA  90067 |
| **Counsel to United PacificCare**<br>Karl Block<br>Loeb & Loeb<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles, CA  90067 | **Counsel to Edmund G. Brown, Jr.**<br>Office of the Attorney General<br>Wendi A. Horwitz<br>300 S. Spring St., Suite 1702<br>Los Angeles, CA  90013 |
| **Counsel to Cisco Systems Capital Corporation**<br>Lawrence M. Schwab<br>Gaye Nell Heck<br>Bialson, Bergen & Schwab<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA  94306 | **Counsel to Presbyterian Intercommunity Hospital**<br>Mark Kadzielski & Andrea Valdez<br>Fulbright & Jaworski LLP<br>555 South Flower Street, Suite 4100<br>Los Angeles, CA  90071 |
| **Counsel to Stephen Wen & Associates Architects**<br>Stephen W. Reed<br>Reed & Brown LLP<br>35 N. Lake Avenue, Suite 960<br>Pasadena, CA  91101-1819 | **Counsel to Presbyterian Intercommunity Hospital**<br>Michael Parker<br>Fulbright & Jaworski LLP<br>300 Covent Street, Suite 2200<br>San Antonio, TX  78205-3792 |
| **Counsel to Philips Healthcare**<br>Bruce J. Borrus<br>Riddell Williams p.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA  98154 | **Counsel to Presbyterian Intercommunity Hospital**<br>Kevin Duthoy<br>Bewley Lassleben & Miller<br>13215 E. Penn Street, Suite 510<br>Whittier, CA  90602 |
| **Counsel to Health Facilities Financing Authority**<br>Jane O'Donnell, Deputy Attorney General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA  94244 | Ricoh Business Solutions<br>c/o Ikon Office Solutions<br>Recovery & Bankruptcy Group<br>3920 Arkwright Road, Suite 400<br>Macon, GA  31210 |
| **Counsel to National Fire & Marine Ins. Co.**<br>Sonnenschein Nath & Rosenthal LLP<br>Robert B. Miller<br>Stefanie L. Wowchuk<br>233 S. Wacker, Suite 7800<br>Chicago, IL  60606 | **Counsel to National Fire & Marine Ins. Co.**<br>Lesnick Prince LLP<br>Christopher E. Prince<br>185 Pier Avenue, Suite 103<br>Santa Monica, CA  90405 |

| **Counsel to MidCap Financial LLC**<br>**VEDDER PRICE P.C.**<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Attention: Michael J. Edelman, Esq. | **Counsel to MidCap Financial LLC**<br>**VEDDER PRICE P.C.**<br>222 North LaSalle Street, Suite 2600<br>Chicago, Illinois 60601<br>Attention: Paul Hoffman, Esq. |
|---|---|
| **Counsel to MidCap Financial LLC**<br>**ARENT FOX LLP**<br>Gas Company Tower<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br>Attention: Aram Ordubegian, Esq. | |